UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BOARD OF TRUSTEES OF THE CITY OF )
LAKE WORTH EMPLOYEES' )
RETIREMENT SYSTEM, *et al.*, )
)
    Plaintiffs, )
)
v. ) Case No.: 3:10-cv-845-J-32MCR
)
MERRILL LYNCH, PIERCE, FENNER & )
SMITH INCORPORATED, a Delaware )
corporation, )
)
    Defendant. )
                                      /

## JOINT PROPOSED CASE MANAGEMENT SCHEDULE

Pursuant to the Clerk's Minutes [D.E. 48], the parties have agreed on the following dates, except as noted herein:

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| **Motion to Certify Class** | October 3, 2011 |
| **Response in Opposition to Motion to Certify Class** | November 4, 2011 |
| **Reply to Opposition to Motion to Certify Class** | November 23, 2011[1] |
| **Motions to Add Parties or to Amend Pleadings** | October 3, 2011 |
| **Fact Discovery Deadline**[2] | February 24, 2012 |

---

[1] Subject to the Court's leave to file a reply pursuant to Local Rule 3.01(c). Defendant does not consent at this time to a Motion for Leave to File a Reply (or to the length of time requested herein) and reserves the right to object to such a motion.

1

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| **Disclosure of Expert Reports**<br>• **Plaintiffs and/or Defendant:** Expert reports supporting claims or defenses for which a party bears the burden of proof | March 2, 2012 |
| **Disclosure of Rebuttal Expert Reports**<br>• **Plaintiffs and/or Defendant:** Rebuttal Expert Reports, if any | April 2, 2012 |
| **Expert Discovery Deadline[3]**<br>[Court recommends 5 months before trial to allow time for dispositive motions to be filed and decided; all discovery must be commenced in time to be completed before this date] | April 30, 2012 |
| **Dispositive Motions and Daubert Motions**<br>[Court requires 4 months or more before trial term begins] | May 25, 2012 |
| **Trial Term Begins**<br>[Local Rule 3.05 (c)(2)(E) sets goal of trial within 1 year of filing complaint in most Track Two cases, and within 2 years in all Track Two cases; trial term *must not* be less than 4 months after dispositive motions deadline (unless filing of such motions is waived); district judge trial terms begin on the first business day of each month; trials before magistrate judges will be set on a date certain after consultation with the parties] | October, 2012[4] |
| **Estimated Length of Trial** [trial days] | 15 to 20 trial days[5] |

---

[2] The parties have agreed to the inclusion of this express discovery deadline, subject to the Court's approval.

[3] The parties have agreed to the inclusion of this express discovery deadline, subject to the Court's approval.

[4] The proposed trial date is *generally* within the time period for Track Two Cases, *i.e.,* within two years of the commencement of the action. The parties note that this matter was removed to federal court on September 15, 2010.

[5] If a class is certified, Defendants project a longer trial period.

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| **Jury / Non-Jury** | Jury, per Plaintiffs' election |
| **Mediation**<br>**Deadline:** April 13, 2012<br>**Mediator:** Herbert Stettin<br>**Address:** 5401 Hammock Drive, Coral Gables, FL 33156<br>**Telephone:** (305) 663-3374<br><br>[Mediation is <u>mandatory</u> in most Track Two cases; Court recommends either 2-3 months after CMR meeting, or just after discovery deadline; if the parties do not so designate, the Court will designate the mediator and the deadline for mediation. A list of certified mediators is available on the Court's website and from the Clerk's Office.] | May 14, 2012[6] |

*[Signature Page Follows]*

---

[6] The parties have contacted Mediator Stettin to obtain dates, and will file provide a Notice of Mediation as soon as a date is identified.

Dated: May 20, 2011

By: *s/Robert A. Sugarman*
Robert A. Sugarman, Esq.
Florida Bar No. 149388
Ivelisse Berio LeBeau, Esq.
Florida Bar No. 907693
**SUGARMAN & SUSSKIND, P.A.**
100 Miracle Mile, Suite 300
Coral Gables, Florida 33134-5429
Telephone: (305) 592-2801
Facsimile: (305) 447-8115
E-Mail: sugarman@sugarmansusskind.com
E-Mail: ivelisse@sugarmansusskind.com
*Co-Counsel for Lead Plaintiffs*

By: *s/David A. Coulson*
David A. Coulson, Esq.
Florida Bar No. 176222
Nikki Lewis Simon, Esq.
Florida Bar No. 181536
**GREENBERG TRAURIG, P.A.**
333 Avenue of the Americas
(333 SE 2nd Avenue), Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
E-Mail: CoulsonD@gtlaw.com
E-Mail: SimonN@gtlaw.com
*Counsel for Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated*

Robert D. Klausner, Esq.
Florida Bar No. 244082
Adam Levinson, Esq.
Florida Bar No. 055344
**KLAUSNER & KAUFMAN, P.A.**
10059 NW 1st Court
Plantation, Florida 33324-7006
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
E-Mail: bob@robertdklausner.com
E-Mail: adam@robertklausner.com
*Co-Counsel for Lead Plaintiffs*

Terry R. Weiss, Esq.
Florida Bar No. 057906
(*Admitted Pro Hac Vice*)
**GREENBERG TRAURIG, LLP**
3290 Northside Parkway NW, Suite 400
Atlanta, Georgia 30327
Telephone: (678) 553-7328
Facsimile: (678) 553-7329
E-Mail: WeissTR@gtlaw.com
*Of Counsel for Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated*

Gerald H. Silk, Esq.
(*Admitted Pro Hac Vice*)
Beata Gocyk-Farber, Esq.
(*Admitted Pro Hac Vice*)
Avi Josefson, Esq.
(*Admitted Pro Hac Vice*)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN, LLP**
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
E-Mail: Jerry@blbglaw.com
E-Mail: Beata@blbglaw.com
E-Mail: Avi@blbglaw.com
*Co-Counsel for Lead Plaintiffs*