UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BOARD OF TRUSTEES OF THE CITY )
OF LAKE WORTH EMPLOYEES' )
RETIREMENT SYSTEM, *et al.*, )
                                                    )
        Plaintiffs, )
                                                    )     Case No.: 3:10-cv-845-J-32MCR
v. )
                                                    )
MERRILL LYNCH, PIERCE, FENNER )
& SMITH INCORPORATED, a Delaware )
corporation, )
                                                    )
        Defendant. )
_____/

**JOINT MOTION FOR ENLARGEMENT OF CLASS CERTIFICATION
BRIEFING DEADLINES, AND INCORPORATED MEMORANDUM OF LAW**

Plaintiffs, Board of Trustees of the City of Lake Worth Employees' Retirement System; Board of Trustees of the City of Lake Worth Police Officers' Retirement System; and Board of Trustees of the City of Lake Worth Firefighters' Pension Trust Fund, and Defendant, Merrill Lynch, Pierce, Fenner & Smith Incorporated, through counsel, and pursuant to *Fed. R. Civ. P.* 6, jointly move the Court for entry of an order enlarging the class certification briefing deadlines by forty-five (45) days, and as grounds states as follows:

    1. Pursuant to the *Case Management and Scheduling Order and Referral to Mediation*, entered on June 22, 2011 [D.E. 53], Plaintiffs are presently required to serve their Motion to Certify Class by October 3, 2011; Defendant is required to serve its Response in Opposition by November 4, 2011; and Plaintiffs are then required to serve their Reply to Opposition by November 23, 2011 (together, the "Current Class Certification Briefing Deadlines").

    2. All parties are in agreement that additional time is needed to complete the discovery necessary to prepare meaningful class certification briefs, and therefore seek an additional forty-

five (45) days to accomplish that end, so that Plaintiffs' Motion to Certify Class would be due on or before November 17, 2011; Defendant's Response in Opposition would be due by December 19, 2011; and Plaintiffs' Reply to Opposition would be due by January 9, 2011[1] (the "Proposed Enlarged Class Certification Briefing Deadlines").

3. For many months now, the parties have been proceeding with discovery and have been diligently attempting to work out a number of issues as to objections made by both sides. It is anticipated that a number of depositions will occur in October. Additional time is needed before meaningful class certification briefing may be accomplished.

4. The Proposed Enlarged Class Certification Briefing Deadlines would not disturb any other deadlines set in the *Case Management and Scheduling Order and Referral to Mediation* [D.E. 53]. Notably, the discovery deadline is not until April 30, 2012, and the trial term does not begin until October 1, 2012. *Id.*

5. Federal Rule of Civil Procedure 6(b)(1)(a) provides, in relevant part:

> **(b) Extending Time.**
>
> **(1)** *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>
> **(A)** with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . .

6. Both Plaintiffs and Defendant are in agreement that the Proposed Enlarged Class Certification Briefing Deadlines would provide ample opportunity to conclude the discovery necessary to prepare class certification briefs.

---

[1] Forty-five (45) days from the present November 23, 2011 deadline for Plaintiffs' Reply to Opposition is <u>Saturday</u>, January 7, 2012. Pursuant to *Fed. R. Civ. P.* 6(a)(1)(c), the enlargement sought would thus run through <u>Monday</u>, January 9, 2012.

WHEREFORE, Plaintiffs and Defendant jointly request entry of an order adopting the Proposed Enlarged Class Certification Briefing Deadlines and relieving the parties from complying with the Current Class Certification Briefing Deadlines, and for such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: September 12, 2011 | Respectfully submitted, |
| By: /s/ Beata Gocyk-Farber<br>Beata Gocyk-Farber, Esq.<br>(*Admitted Pro Hac Vice*)<br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas, 38th Floor<br>New York, New York  10019<br>Telephone:  (212) 554-1400<br>Facsimile:  (212) 554-1444<br>E-Mail: Beata@blbglaw.com<br>*Co-Counsel for Lead Plaintiffs* | By: /s/ D. Porpoise Evans<br>David A. Coulson, Esq.<br>Florida Bar No. 176222<br>D. Porpoise Evans, Esq.<br>Florida Bar No. 576883<br>**GREENBERG TRAURIG, P.A.**<br>333 Avenue of the Americas (333 SE 2nd Avenue)<br>Suite 4400<br>Miami, Florida 33131<br>Telephone: (305) 579-0500<br>Facsimile:  (305) 579-0717<br>E-Mail: CoulsonD@gtlaw.com<br>E-mail:  EvansP@gtlaw.com<br>*Counsel for Defendant, Merrill Lynch, Pierce, Fenner & Smith Incorporated* |

## CERTIFICATION OF GOOD-FAITH CONFERENCE

**WE HEREBY CERTIFY** that all parties are in agreement with respect to the Proposed Enlarged Class Certification Briefing Deadlines requested herein.

/s/ D. Porpoise Evans
D. PORPOISE EVANS


/s/ Beata Gocyk-Farber
BEATA GOCYK-FARBER

Case No.: 3:10-cv-845-J-32MCR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed the foregoing document with the Court using CM/ECF this 12th day of September, 2011. I also certify that the foregoing document is being served on this day on all counsel of record identified on the following Service List either by transmission of Notices of Electronic Filing generated by CM/ECF, or by electronic and U.S. Mail.

/s/ D. Porpoise Evans
D. PORPOISE EVANS

## SERVICE LIST

Robert A. Sugarman, Esq.
Florida Bar No. 149388
Ivelisse Berio LeBeau, Esq.
Florida Bar No. 907693
**SUGARMAN & SUSSKIND, P.A.**
100 Miracle Mile, Suite 300
Coral Gables, Florida 33134-5429
Telephone: (305) 592-2801
Facsimile: (305) 447-8115
E-Mail: sugarman@sugarmansusskind.com
E-Mail: ivelisse@sugarmansusskind.com
*Co-Counsel for Lead Plaintiffs*

Robert D. Klausner, Esq.
Florida Bar No. 244082
Adam Levinson, Esq.
Florida Bar No. 055344
**KLAUSNER & KAUFMAN, P.A.**
10059 NW 1st Court
Plantation, Florida 33324-7006
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
E-Mail: bob@robertdklausner.com
E-Mail: adam@robertdklausner.com
*Co-Counsel for Lead Plaintiffs*

Gerald H. Silk, Esq.
(*Admitted Pro Hac Vice*)
Beata Gocyk-Farber, Esq.
(*Admitted Pro Hac Vice*)
Avi Josefson, Esq.
(*Admitted Pro Hac Vice*)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
E-Mail: Jerry@blbglaw.com
E-Mail: Beata@blbglaw.com
E-Mail: Avi@blbglaw.com
*Co-Counsel for Lead Plaintiffs*