UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BOARD OF TRUSTEES OF THE CITY
OF LAKE WORTH EMPLOYEES'
RETIREMENT SYSTEM, et al.,

        Plaintiffs,        Case No. 3:10-cv-845-J-32MCR

v.

MERRILL LYNCH, PIERCE, FENNER
& SMITH INCORPORATED, a
Delaware corporation,

        Defendant.
_____/

## NOTICE OF MEDIATION

**NOTICE IS HEREBY GIVEN** that the parties shall conduct a mediation before the Honorable Herbert Stettin, on Thursday, December 8, 2011 at 9:30 AM.

The mediation will be held at:

    Greenberg Traurig, P.A.
    333 Avenue of the Americas
    (333 S.E.2nd Avenue)
    Miami, Florida 33131

                **KLAUSNER & KAUFMAN, P.A.**
                Co-Counsel for Lead Plaintiffs
                10059 N.W. 1st Court
                Plantation, FL 33324
                Telephone: (954) 916-1202
                Facsimile: (954) 916-1232

                By: /s/ Adam P. Levinson
                      ADAM P. LEVINSON
                      Florida Bar No. 055344

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Co-Counsel for Lead Plaintiffs
Gerald H. Silk
Beata Farber
Avi Josefson
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Telephone: 212-554-1400
Facsimile: 212-554-1444

**SUGARMAN & SUSSKIND, P.A.**
Co-Counsel for Lead Plaintiffs
100 Miracle Mile, Suite 300
Coral Gables, FL 33134
Telephone: (305) 592-2801
Facsimile: (305) 447-8115

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed this 20th day of October, 2011, by First Class U.S. Mail to the following addressees:

Terry D. Weiss, Esquire
Greenberg Traurig, LLP
The Forum - Suite 400
3290 Northside Parkway, N.W.
Atlanta, Georgia 30327

David A. Coulson, Esquire
Greenberg Traurig, P.A.
333 Avenue of the Americas
(333 S.E. 2nd Avenue)
Miami, FL 33131

The Honorable Herbert Stettin
5401 Hammock Drive
Coral Gables, FL 33156

By:   \s\ ADAM P. LEVINSON
ADAM P. LEVINSON, ESQUIRE
Florida Bar No. 055344
**KLAUSNER & KAUFMAN, P.A.**
Co-Counsel for Plaintiffs
10059 N.W. 1st Court
Plantation, Florida 33324
Telephone:   (954) 916-1202
Facsimile:   (954) 916-1232
**adam@robertdklausner.com**

W:\Wdocs\LLP\100025\GM\00035879.WPD