UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Board of Trustees of the City of Lake Worth
Employees' Retirement System, et al.,

    Plaintiffs,

vs.                                               Case No.  3:10-cv-845-J-32MCR

Merrill Lynch Pierce Fenner & Smith,
Incorporated,

    Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Defendant's Motion for Admission Pro Hac Vice (Doc. 58) and Written Designation and Consent-to-Act (Doc. 59).  Attorney, Penelope Brobst Blackwell of Greenberg Traurig, LLP, requests permission to appear pro hac vice on behalf of Defendant.  Ms. Blackwell, however, has not provided proof nor has she averred that she is "a member in good standing of the bar of any District Court of the United States, outside the State of Florida," as is required by Local Rule 2.02(a).  Furthermore, Defendant did not seek waiver of this requirement for Ms. Blackwell.  Accordingly, the Court will deny the Motion for Admission Pro Hac Vice (Doc. 58) at this time.

    Accordingly, after due consideration, it is

    **ORDERED**:

-1-

The Motion for Admission Pro Hac Vice (Doc. 58) is **DENIED without prejudice**. Defendant may re-file the Motion and attach proof of Ms Blackwell's membership in a bar of any District Court of the United States or may make application for this Court to waive such requirement for Ms. Blackwell.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  25th  day of October, 2011.

*Monte C. Richardson*

          MONTE C. RICHARDSON
     UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record