UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BOARD OF TRUSTEES OF THE CITY )
OF LAKE WORTH EMPLOYEES' )
RETIREMENT SYSTEM, *et al.*, )
 )
       Plaintiffs, )
 )  Case No.: 3:10-cv-845-J-32MCR
v. )
 )
MERRILL LYNCH, PIERCE, FENNER )
& SMITH INCORPORATED, a Delaware )
corporation, )
 )
       Defendant. )

**AMENDED MOTION FOR ADMISSION *PRO HAC VICE* OF
PENELOPE BROBST BLACKWELL, ESQ.**

In accordance with Local Rule 2.02 of the United States District Court for the Middle District of Florida, the undersigned respectfully move this Court for the special admission *pro hac vice* of Penelope Brobst Blackwell, Esq., of the law firm of Greenberg Traurig, LLP, for the purposes of appearing as counsel for Defendant, Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Defendant"), in the above-referenced case, and in support thereof states as follows:

1.    Mrs. Blackwell, is an attorney with Greenberg Traurig LLP , 2200 Ross Avenue, Suite 5200, Dallas, TX 75201, telephone (214) 665-3600 and facsimile (214) 665-3601.

2.    Mrs. Blackwell is admitted in good standing to the Bar in the Eastern District of Texas, the Northern District of Texas, and the Western District of Texas (Bar number 24029456), where she remains in good standing.

3. Mrs. Blackwell is admitted in good standing to the Bar in the Eastern District of Louisiana (Bar number 26819), where she remains in good standing.

4. Penelope Brobst Blackwell is not a resident of the State of Florida, nor does she maintain a regular practice of law in the State.

5. As set forth in her Special Admission Attorney Certification, Mrs. Blackwell has read and is familiar with the most recent version of the Local Rules of this Court, including in particular Local Rule 2.04, as well as the Code of Professional Responsibility and other professional and ethical limitations as set forth by The Florida Bar.

6. As of the date of this Motion, Mrs. Blackwell has not yet been specially admitted to practice before this Court in the above-referenced case. Accordingly, the undersigned respectfully requests the incorporated Designation and the Special Admission Attorney Certification (filed separately) be duly noted, and that Mrs. Blackwell be admitted *pro hac vice* to appear on behalf of Defendant in this case.

7. The undersigned counsel also submitted to the Clerk of the Court the Special Admission Attorney Certification, along with the $10.00 fee payable to Clerk, U.S. District Court, which are being contemporaneously sent to the Clerk.

8. Further, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned counsel certify that they have conferred with Plaintiffs' counsel regarding the relief requested herein, and that Plaintiffs' counsel have no objection to such relief.

# APPEARANCE OF NON-RESIDENT ATTORNEY AND DESIGNATION OF LOCAL COUNSEL (LOCAL RULE 2.02) AND CONSENT TO ACT

9. I, Penelope Brobst Blackwell, hereby appear under Rule 2.02 of the Local Rules of the Middle District of Florida, in the above-entitled action on behalf of Defendant, by whom I have been retained.

10. I certify that I will comply with the fee and e-mail registration requirements of Rule 2.01(d). I am a Shareholder with Greenberg Traurig, LLP., am a member in good standing of the Bar in the Eastern, Northern and Western Districts of Texas and the Eastern District of Louisiana. I am not a State of Florida Resident and I do not maintain an office in Florida for the practice of law.

11. I hereby designate:

| | |
|---|---|
| NAME: | D. Porpoise Evans, Esquire |
| FIRM: | Greenberg Traurig, P.A. |
| ADDRESS: | 333 Avenue of the Americas<br>Suite 4400<br>Miami, Florida 33131<br>(305) 579-0500<br>(305) 579-0717 (fax)<br>evansp@gtlaw.com |

who is a member of the Bar of this Court and who maintains an office in Florida for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

12. Accordingly, the undersigned respectfully request the Court's permission for Mrs. Blackwell to appear in this case.

Case No.: 3:10-cv-845-J-32MCR

Dated: October 25, 2011

*[signature]*
Penelope Brobst Blackwell

### CONSENT OF DESIGNEE

I hereby consent to the foregoing designation.

Dated: October 25, 2011

*[signature]*
D. Porpoise Evans, Fla. Bar No. 576883

Respectfully submitted,

Dated: October 25, 2011

Terry R. Weiss, Esq.
Florida Bar No. 057906
*(Admitted Pro Hac Vice)*
*Counsel for Defendant Merrill Lynch, Pierce,*
*Fenner & Smith Incorporated*
**GREENBERG TRAURIG, LLP**
3290 Northside Parkway NW, Suite 400
Atlanta, Georgia 30327
Telephone: (678) 553-7328
Facsimile: (678) 553-7329
E-Mail: WeissTR@gtlaw.com

By: *[signature]*
David A. Coulson, Esq.
Florida Bar No. 176222
D. Porpoise Evans, Esq.
Florida Bar No. 576883
*Attorneys for Defendant Merrill Lynch,*
*Pierce, Fenner & Smith Incorporated*
**GREENBERG TRAURIG, P.A.**
333 Avenue of the Americas
(333 SE 2nd Avenue)
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
E-Mail: CoulsonD@gtlaw.com
E-Mail: EvansP@gtlaw.com

4

Case No.: 3:10-cv-845-J-32MCR

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 25, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class U.S. mail and electronic mail with pdf attachment upon any non-CM/ECF participants identified on the attached Service List.

                                                /s/ D. Porpoise Evans
                                                D. PORPOISE EVANS

Case No.: 3:10-cv-845-J-32MCR

**SERVICE LIST**

| | |
|---|---|
| Robert A. Sugarman, Esq.<br>Florida Bar No. 149388<br>Ivelisse Berio LeBeau, Esq.<br>Florida Bar No. 907693<br>**SUGARMAN & SUSSKIND, P.A.**<br>100 Miracle Mile, Suite 300<br>Coral Gables, Florida 33134-5429<br>Telephone: (305) 592-2801<br>Facsimile: (305) 447-8115<br>E-Mail: sugarman@sugarmansusskind.com<br>E-Mail: ivelisse@sugarmansusskind.com<br>*Co-Counsel for Lead Plaintiffs* | Robert D. Klausner, Esq.<br>Florida Bar No. 244082<br>Adam Levinson, Esq.<br>Florida Bar No. 055344<br>**KLAUSNER & KAUFMAN, P.A.**<br>10059 NW 1st Court<br>Plantation, Florida 33324-7006<br>Telephone: (954) 916-1202<br>Facsimile: (954) 916-1232<br>E-Mail: bob@robertdklausner.com<br>E-Mail: adam@robertdklausner.com<br>*Co-Counsel for Lead Plaintiffs* |

Gerald H. Silk, Esq.
(*Admitted Pro Hac Vice*)
Beata Gocyk-Farber, Esq.
(*Admitted Pro Hac Vice*)
Avi Josefson, Esq.
(*Admitted Pro Hac Vice*)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
E-Mail: Jerry@blbglaw.com
E-Mail: Beata@blbglaw.com
E-Mail: Avi@blbglaw.com
*Co-Counsel for Lead Plaintiffs*