UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BOARD OF TRUSTEES OF THE CITY
OF LAKE WORTH EMPLOYEES'
RETIREMENT SYSTEM, et al.,

        Plaintiffs,                **Case No. 3:10-cv-845-J-32MCR**

v.

MERRILL LYNCH, PIERCE, FENNER
& SMITH INCORPORATED, a
Delaware corporation,

        Defendant.
_____/

### PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF CLASS CERTIFICATION BRIEFING DEADLINES AND INCORPORATED MEMORANDUM OF LAW

Plaintiffs, Board of Trustees of the City of Lake Worth Employees' Retirement System; Board of Trustees of the City of Lake Worth Police Officers' Retirement System; and Board of Trustees of Lake Worth Firefighters' Pension Trust Fund, through counsel, and pursuant to *Fed. R. Civ. P. 6*, move the Court for entry of an order enlarging the class certification briefing deadlines by eleven (11) days, and as grounds states as follows:

1. Pursuant to the *Case Management and Scheduling Order and Referral to Mediation*, entered on June 22, 2011 [D.E. 53], Plaintiffs were originally required to serve their Motion to Certify Class by October 3, 2011; Defendant is required to serve its Response in Opposition by November 4, 2011; and Plaintiffs are then required to

serve their Reply to Opposition by November 23, 2011 (together, the "Original Class Certification Briefing Deadlines").

2. By order dated September 13, 2011, the Court previously granted a joint motion for enlargement extending the Original Class Certification Briefing Deadlines as follows: November 17, 2011 (Plaintiffs' Motion to Certify Class); December 19, 2011 (Defendant's Response in Opposition); and January 9, 2012 (Plaintiffs' Reply to Opposition).

3. Additional time is needed to complete the discovery necessary to prepare meaningful class certification briefs. Plaintiffs seek an additional eleven (11) days to accomplish that end, so that Plaintiffs' Motion to Certify Class would be due on or before November 28, 2011; Defendant's Response in Opposition would be due by December 30, 2011; and Plaintiffs' Reply to Opposition would be due by January 20, 2012 (the "Proposed Enlarged Class Certification Briefing Deadlines").

4. For many months now, the parties have been proceeding with discovery. It is anticipated that a number of depositions will occur in November. Additional time is needed before meaningful class certification briefing may be accomplished.

5. The Proposed Enlarged Class Certification Briefing Deadlines would not disturb any other deadlines set in the *Case Management and Scheduling Order and Referral to Mediation* [D.E. 53]. Notably, the discovery deadline is not until April 30, 2012, and the trial term does not begin until October 1, 2012. *Id*.

6. Federal Rule of Civil Procedure 6(b)(1)(a) provides, in relevant part:

> **(b)** **Extending Time.**
>
> > **(1)** *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:
> >
> > > **(a)** with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires ...

7. Both Plaintiffs and Defendant are in agreement that the Proposed Enlarged Class Certification Briefing Deadlines would provide an opportunity to conclude the discovery necessary to prepare class certification briefs.

WHEREFORE, Plaintiffs request entry of an unopposed order adopting the Proposed Enlarged Class Certification Briefing Deadlines, and for such other and further relief as the Court deems just and proper.

Dated: November __, 2011

By: ___s/ Robert D. Klausner___
ROBERT D. KLAUSNER
Fla. Bar No. 244082
ADAM P. LEVINSON
Fla. Bar No. 055344
**KLAUSNER & KAUFMAN, P.A.**
Co-Counsel for Lead Plaintiffs
10059 N.W. 1st Court
Plantation, Florida 33324
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com

WILLIAM C. FREDERICKS
**BERNSTEIN, LITOWITZ BERGER & GROSSMANN, LLP**
Co-Counsel for Lead Plaintiffs
1285 Avenue of the Americas
38th Floor
New York, New York 10019
Telephone:   (212) 554-1400
Facsimile:    (212) 554-1444
wfredericks@blbglaw.com


ROBERT SUGARMAN, ESQUIRE
Florida Bar No. 149388
IVELISSE BERIO LEBEAU, ESQ.
Florida Bar No. 0907693
**SUGARMAN & SUSSKIND, P.A.**
Co-Counsel for Lead Plaintiffs
100 Miracle Mile, Suite 300
Coral Gables, Florida 33134
Telephone:   (305) 592-2801
Facsimile:    (305) 447-8115
Ivelisse@sugarmansusskind.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2011, a true and correct copy of PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF CLASS CERTIFICATION, BRIEFING DEADLINES AND INCORPORATED MEMORANDUM OF LAW was served via electronic filing and U.S. mail on all counsel identified on the Service List attached hereto.

>     s/ Robert D. Klausner
>     ROBERT D. KLAUSNER

## SERVICE LIST

**David A. Coulson**
Greenberg Traurig, LLP
Suite 4400
333 SE 2nd Ave
Miami, FL 33131
305/579-0500
305/579-0717 (fax)
coulsonD@gtlaw.com

**Terry R. Weiss**
Greenberg Traurig, LLP
The Forum - Suite 400
3290 Northside Pkwy NW
Atlanta, GA 30327
678/553-2100
678/553-2212 (fax)
weisstr@gtlaw.com
*Counsel for Merrill Lynch Pierce Fenner & Smith, Incorporated*

W:\Wdocs\LLP\100025\GM\00036075.WPD