UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BOARD OF TRUSTEES OF THE CITY OF LAKE WORTH EMPLOYEES' RETIREMENT SYSTEM, BOARD OF TRUSTEES OF THE CITY OF LAKE WORTH POLICE OFFICERS' RETIREMENT SYSTEM; BOARD OF TRUSTEES OF THE CITY OF LAKE WORTH FIREFIGHTERS' PENSION TRUST FUND; BOARD OF TRUSTEES OF THE CITY OF POMPANO BEACH GENERAL EMPLOYEES RETIREMENT SYSTEM; on behalf of themselves and all others similarly situated,

               Plaintiffs,

vs.

MERRILL LYNCH PIERCE FENNER & SMITH, INCORPORATED, a wholly owned subsidiary of THE BANK OF AMERICA,

               Defendant.

Case No. 3:10-CV-845-J-32MCR

**MOTION FOR SPECIAL ADMISSION PRO HAC VICE OF WILLIAM FREDERICKS, ESQ. AND WRITTEN DESIGNATION AND CONSENT-TO-ACT PURSUANT TO <u>MIDDLE DISTRICT OF FLORIDA LOCAL RULE 2.02(a)</u>**

In accordance with Local Rule 2.02 of the United States District Court in the Middle District of Florida, the undersigned respectfully moves for the special admission pro hac vice of William Fredericks, Esquire, of Bernstein Litowitz Berger & Grossmann LLP, for the purposes of appearing as counsel for Plaintiffs, in the above case and states as follows:

1. William Fredericks is an attorney with Bernstein Litowitz Berger & Grossmann LLP, 1285 Avenue of the Americas, 38th Floor, New York, N.Y. 10019, telephone (212) 554-1400 and facsimile (212) 554-1444.

2. William Fredericks is admitted in good standing to the Bar in the Southern District of New York and the State of New York (Bar number 2336303), where he remains in good standing.

3. William Fredericks is not a resident of the State of Florida, nor does he maintain a regular practice of law in this State.

4. William Fredericks has not appeared by special admission in multiple other cases in a manner that could in any way constitute maintenance of the regular practice of law in Florida.

5. As set for in his Special Admission Attorney Certification, William Fredericks has read and is familiar with the most recent version of the Local Rules of this Court. He is also familiar with and understands he will be bound by the Local Rules of this Court, including in particular Fla. Local Rule 2.04, as well as by the Code of Professional Responsibility and other professional and ethical limitations as set forth by the Florida Bar.

6. William Fredericks' Special Admission Attorney Certificate, along with the $10 fee payable to Clerk, U.S. District Court, are being contemporaneously sent to the Clerk.

7. Counsel for Plaintiffs has conferred with counsel for Defendant on this motion, pursuant to M.D. Fla. Loc. R. 3.01(g), and opposing counsel is unopposed to the motion.

## APPEARANCE OF NON-RESIDENT ATTORNEY AND DESIGNATION OF LOCAL COUNSEL (LOCAL RULE 2.02) AND CONSENT TO ACT

8. I, William Fredericks, hereby appear under Rule 2.02 of the Local Rules of the Middle District of Florida, in the above-entitled action on behalf of Plaintiffs, by whom I have been retained.

9. I certify that I will comply with the fee and e-mail registration requirements of Rule 2.01(d). I am a partner at Bernstein Litowitz Berger & Grossmann LLP, and am a member in good standing of the Bar in the Southern District of New York and the State of New York. I am not a State of Florida resident and I do not maintain an office in Florida for the practice of law.

10. I hereby designate:

NAME: Adam P. Levinson, Esquire

FIRM: Klausner & Kaufman, P.A.

ADDRESS: 10059 Northwest 1st Court
Plantation, FL 33324
Tel: (954) 916-1202
Fax: (954) 916-1232
adam@robertdklausner.com

who is a member of the Bar of this Court and who maintains an office in Florida for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

11.     Accordingly, the undersigned respectfully requests the Court's permission to appear in this case.

Dated:  November 17, 2011

_____
William Fredericks

### CONSENT OF DESIGNEE

I hereby consent to the foregoing designation.

Dated: November 17, 2011

_____
Adam P. Levinson, Fla. Bar No. 055344

Respectfully Submitted,

_____
Adam P. Levinson, Fla. Bar No. 055344
adam@robertdklausner.com
10059 Northwest 1st Court
Plantation, FL 33324
Tel: (954) 916-1202
Fax: (954) 916-1232