UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Board of Trustees of the City of Lake Worth
Employees' Retirement System, et al.,

    Plaintiffs,

vs.                                               Case No.  3:10-cv-845-J-32MCR

Merrill Lynch Pierce Fenner & Smith,
Incorporated,

    Defendant.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Plaintiffs' Motion for Special Admission Pro Hac Vice (Doc. 65) filed November 22, 2011.  Plaintiffs seek an Order permitting attorney, William Fredericks, to appear as pro hac vice counsel for them in this case.

Mr. Fredericks is a member in good standing of the state bar of New York and is also a member of the bar for the United States District Court for the Southern District of New York.  Adam P. Levinson of the law firm Klausner & Klausner, shall act as designated local counsel in this matter.

Local Rule 2.02(a) of the Local Rules for the Middle District of Florida requires the non-resident attorney to pay the fee prescribed in Rule 2.01(d), and the written designation shall certify the non-resident attorney's payment of the fee.  Here, the Motion indicates payment of the fee.

The Court would also note that any attorney who appears specially pursuant to Local Rule 2.02(a) or (b) is also deemed to be governed by, among other things, all Local Rules of the United States District Court, Middle District of Florida, and the Code of Professional Responsibility that sets forth the proper professional behavior of members of the Florida Bar.  The Local Rules are available for review on the public website for the Middle District Court of Florida at www.flmd.uscourts.gov and may be obtained from the Clerk's Office.  The parties may want to pay particular attention to Local Rule 3.01(g), which requires a moving party to confer with opposing counsel prior to filing most motions and to advise the Court whether counsel agree on the resolution of the motion.

Additionally, pursuant to Local Rule 1.01(a) and the Administrative Procedures for Electronic Filing, all documents filed in cases in this district shall be filed electronically.  Therefore, if counsel has not already done so, immediately after being granted special admission to practice in the Middle District of Florida, Mr. Fredericks (and if necessary, local counsel as well) shall register for logins and passwords for electronic filing at the court's website.

Accordingly, after due consideration, it is

**ORDERED**:

1. Plaintiffs' Motion for Special Admission Pro Hac Vice (Doc. 65) is **GRANTED**.

2. Attorney, William Fredericks, may appear specially as counsel for Plaintiffs in this cause in accordance with Local Rule 2.02.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  22nd  day of November, 2011.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record