UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BOARD OF TRUSTEES OF THE CITY
OF LAKE WORTH EMPLOYEES'
RETIREMENT SYSTEM, et al.,

        Plaintiffs,                    **Case No. 3:10-cv-845-J-32MCR**

v.

MERRILL LYNCH, PIERCE, FENNER
& SMITH INCORPORATED, a
Delaware corporation,

        Defendant.
_____/

## NOTICE OF FILING

Plaintiffs, by and through their undersigned counsel, hereby give notice of filing the following:

1. Certificate of Service which was inadvertently not attached to the Motion for Special Admission Pro Hac Vice of William Fredericks.


Dated: November 23, 2011

                                                By: s/ ROBERT D. KLAUSNER
                                                ROBERT D. KLAUSNER
                                                Fla. Bar No. 244082
                                                ADAM P. LEVINSON
                                                Fla. Bar No. 055344
                                                **KLAUSNER & KAUFMAN, P.A.**
                                                Co-Counsel for Lead Plaintiffs
                                               10059 N.W. 1st Court
                                               Plantation, Florida 33324
                                               Telephone:    (954) 916-1202
                                               Facsimile:    (954) 916-1232
                                               Bob@robertdklausner.com

WILLIAM C. FREDERICKS
**BERNSTEIN, LITOWITZ BERGER & GROSSMANN, LLP**
Co-Counsel for Lead Plaintiffs
1285 Avenue of the Americas
38th Floor
New York, New York 10019
Telephone:    (212) 554-1400
Facsimile:    (212) 554-1444
wfredericks@blbglaw.com


ROBERT SUGARMAN, ESQUIRE
Florida Bar No. 149388
IVELISSE BERIO LEBEAU, ESQ.
Florida Bar No. 0907693
**SUGARMAN & SUSSKIND, P.A.**
Co-Counsel for Lead Plaintiffs
100 Miracle Mile, Suite 300
Coral Gables, Florida 33134
Telephone:    (305) 592-2801
Facsimile:    (305) 447-8115
Ivelisse@sugarmansusskind.com

## CERTIFICATE OF SERICE

I hereby certify that on November 23, 2011, a true and correct copy of the Plaintiffs' Motion for Special Admission Pro Hac Vice of William Fredericks was served by electronic filing, electronic mail and U.S. mail on all counsel identified on the Service List attached hereto.

/s ROBERT D. KLAUSNER
ROBERT D. KLAUSNER

## SERVICE LIST

**David A. Coulson**
Greenberg Traurig, LLP
Suite 4400
333 SE 2nd Ave
Miami, FL 33131
305/579-0500
305/579-0717 (fax)
coulsonD@gtlaw.com

**Terry R. Weiss**
Greenberg Traurig, LLP
The Forum - Suite 400
3290 Northside Pkwy NW
Atlanta, GA 30327
678/553-2100
678/553-2212 (fax)
weisstr@gtlaw.com
*Counsel for Merrill Lynch Pierce Fenner & Smith, Incorporated*