UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BOARD OF TRUSTEES OF THE CITY
OF LAKE WORTH EMPLOYEES'
RETIREMENT SYSTEM, et al.,

        Plaintiffs,                  **Case No. 3:10-cv-845-J-32MCR**

v.

MERRILL LYNCH, PIERCE, FENNER
& SMITH INCORPORATED, a
Delaware corporation,

        Defendant.
_____/

**PLAINTIFFS' NOTICE OF SERVICE OF
MOTION FOR CLASS CERTIFICATION
AND STATUS REPORT**

Plaintiffs, by and through their undersigned counsel, hereby give Notice of Service of Plaintiffs' Motion for Class Certification and otherwise advise the Court as follows:

1. Plaintiffs' Motion for Class Certification was timely served on Defendant. As described below, it is not being filed with the Court until the parties resolve pending confidentiality discussions.

2. Pursuant to the existing scheduling order, Plaintiffs had intended to both serve *and file* their papers in support of their Motion for Class Certification today. However, certain of the materials that Plaintiffs cite in their motion papers are designated "confidential" under the terms of the Stipulated Confidentiality Agreement entered in this matter on August 15, 2011.

3. In an effort to see if the parties can avoid burdening the Court and its Clerk's office with a request to file materials under seal, defendant Merrill Lynch and Plaintiffs have agreed to the following protocol:

   a. Plaintiffs will SERVE, but not file, their papers in support of their Motion for Class Certification on their current due date (November 28, 2011);

   b. Merrill will advise Plaintiffs by 5:00 p.m. on Thursday, December 1, 2011, whether they have any objection to filing Plaintiffs' motion papers in the Court's public files;

   c. If Merrill determines it has no such objection, Plaintiffs will promptly file their previously served motion papers with the Court using customary procedures; if, however, Merrill determines that certain materials should appropriately remain confidential and non-public,

      then Plaintiffs will promptly file a motion for Leave to File Under Seal the relevant motion papers.

4. The parties respectfully submit that this procedure will not prejudice any party or the Court, and note that it will have no effect on the current briefing schedule (inasmuch as Merrill will be timely served with Plaintiffs' opening motion papers under any scenario).

Dated: November 28, 2011

                              By: s/ ADAM P. LEVINSON
                              ROBERT D. KLAUSNER
                              Fla. Bar No. 244082
                              ADAM P. LEVINSON
                              Fla. Bar No. 055344
                              **KLAUSNER & KAUFMAN, P.A.**
                              Co-Counsel for Lead Plaintiffs
                              10059 N.W. 1st Court
                              Plantation, Florida 33324
                              Telephone: (954) 916-1202
                              Facsimile: (954) 916-1232
                              Bob@robertdklausner.com

WILLIAM C. FREDERICKS
**BERNSTEIN, LITOWITZ BERGER & GROSSMANN, LLP**
Co-Counsel for Lead Plaintiffs
1285 Avenue of the Americas
38th Floor
New York, New York 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
wfredericks@blbglaw.com


ROBERT SUGARMAN, ESQUIRE
Florida Bar No. 149388
IVELISSE BERIO LEBEAU, ESQ.
Florida Bar No. 0907693
**SUGARMAN & SUSSKIND, P.A.**
Co-Counsel for Lead Plaintiffs
100 Miracle Mile, Suite 300
Coral Gables, Florida 33134
Telephone: (305) 592-2801
Facsimile: (305) 447-8115
Ivelisse@sugarmansusskind.com

## **CERTIFICATE OF SERICE**

     I hereby certify that on November 28, 2011, a true and correct copy of the Plaintiffs' Notice of Service of Motion for Class Certification and Status Report was served by electronic filing, electronic mail and U.S. mail on all counsel identified on the Service List attached hereto.

                                          /s ADAM P. LEVINSON
                                          ADAM P. LEVINSON

## SERVICE LIST

**David A. Coulson**
Greenberg Traurig, LLP
Suite 4400
333 SE 2nd Ave
Miami, FL 33131
305/579-0500
305/579-0717 (fax)
coulsonD@gtlaw.com

**Terry R. Weiss**
Greenberg Traurig, LLP
The Forum - Suite 400
3290 Northside Pkwy NW
Atlanta, GA 30327
678/553-2100
678/553-2212 (fax)
weisstr@gtlaw.com

*Counsel for Merrill Lynch Pierce Fenner & Smith, Incorporated*

W:\Wdocs\LLP\100025\GM\00036484.WPD