UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CITY OF LAKE WORTH EMPLOYEES' RETIREMENT SYSTEM, et al., | Case No. 3:10-CV-845-J-32MCR |
| Plaintiffs, | |
| vs. | |
| MERRILL LYNCH PIERCE FENNER & SMITH, INCORPORATED, a wholly owned subsidiary of THE BANK OF AMERICA, | |
| Defendant. | |

**DEFENDANT'S STIPULATED MOTION FOR THIRD EXTENSION
OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION,
AND FOR STAY OF DEADLINE TO EXCHANGE EXPERT REPORTS**

Defendant, Merrill Lynch, Pierce, Fenner & Smith, Incorporated ("Merrill Lynch"), hereby moves for an additional 14-day extension of time, until and through March 14, 2012, within which to file its response in opposition to Plaintiffs' Motion for Class Certification [**D.E. 69**], and for a stay of the deadline to exchange expert reports.  The grounds for this Stipulated Motion are:

1. Following 2 previous extensions of time granted by the Court, Merrill Lynch's response to the Motion for Class Certification is currently due on February 29, 2012.

2. Additionally, the parties' expert reports are due on March 2, 2012.

3. Following mediation of this matter on December 8, 2011, the parties reached an agreement in principle.  Since then, the parties have been working to prepare their long-form settlement papers, which, for purposes of settlement only, would stipulate to the certification of the class and provide for a class-wide settlement subject to Court approval.

4.  The parties anticipated completing the drafting of the stipulated settlement papers by mid-February, but have taken slightly longer than anticipated. They are now in the final stages of finalizing the drafting of the necessary papers.

5.  As previously noted, the agreement between the parties will require the approval of the Court. Should a settlement not be approved by the Court, Merrill Lynch will vigilantly contest Plaintiffs' claims on the merits, including whether class certification is proper.

6.  This Motion is not for a protracted extension of time and does not create any prejudice or problem to the Plaintiffs. One of the counsel for the Plaintiffs, Adam Levinson, has stipulated and agreed to the requested extension.

7.  Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, an extension can be granted by the Court for cause. As set forth above, cause exists here. Accordingly, undersigned counsel submit that the requirements of the Rule have been met, and respectfully request that the Court grant the requested extension.

Case No. 3:10-CV-845-J-32MCR

WHEREFORE, for all of the foregoing reasons, Merrill Lynch respectfully requests entry of an order in the form appended hereto, granting Merrill Lynch a 14-day extension of time, through March 14, 2012, within which to respond to Plaintiffs' Motion for Class Certification, and for a stay of the deadline for the parties to exchange expert reports.

Dated: February 29, 2012

Respectfully submitted,

By: /s/ D. Porpoise Evans

| | |
|---|---|
| Terry R. Weiss, Esq., FL Bar No. 057906 | David A. Coulson, Esq., FL Bar No. 176222 |
| (*Admitted Pro Hac Vice*) | D. Porpoise Evans, Esq., FL Bar No. 576883 |
| *Counsel for Defendant* | *Counsel for Defendant* |
| **GREENBERG TRAURIG, LLP** | **GREENBERG TRAURIG, P.A.** |
| 3290 Northside Parkway NW, Suite 400 | 333 Avenue of the Americas, Suite 4400 |
| Atlanta, Georgia  30327 | Miami, Florida 33131 |
| Telephone:  (678) 553-7328 | Telephone: (305) 579-0500 |
| Facsimile:   (678) 553-7329 | Facsimile:  (305) 579-0717 |
| E-Mail: WeissTR@gtlaw.com | E-Mail: CoulsonD@gtlaw.com |
| | E-Mail: EvansP@gtlaw.com |

Case No. 3:10-CV-845-J-32MCR

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of February, 2012, I electronically filed the foregoing STIPULATED MOTION FOR THIRD EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, AND FOR STAY OF DEADLINE TO EXCHANGE EXPERT REPORTS with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ D. Porpoise Evans
D. PORPOISE EVANS

## SERVICE LIST

Robert A. Sugarman, Esq.
Florida Bar No. 149388
Ivelisse Berio LeBeau, Esq.
Florida Bar No. 907693
**SUGARMAN & SUSSKIND, P.A.**
100 Miracle Mile, Suite 300
Coral Gables, Florida  33134-5429
Telephone:  (305) 592-2801
Facsimile:  (305) 447-8115
E-Mail: sugarman@sugarmansusskind.com
E-Mail: ivelisse@sugarmansusskind.com

*Co-Counsel for Lead Plaintiffs*

Gerald H. Silk, Esq.
(*Admitted Pro Hac Vice*)
William Fredericks
(*Admitted Pro Hac Vice*)
Beata Gocyk-Farber, Esq.
(*Admitted Pro Hac Vice*)
Avi Josefson, Esq.
(*Admitted Pro Hac Vice*)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1285 Avenue of the Americas, 38th Floor
New York, New York  10019
Telephone:  (212) 554-1400
Facsimile:  (212) 554-1444
E-Mail: Jerry@blbglaw.com
E-Mail: Beata@blbglaw.com
E-Mail: Avi@blbglaw.com
*Co-Counsel for Lead Plaintiffs*

4

Case No. 3:10-CV-845-J-32MCR

**SERVICE LIST**

Robert D. Klausner, Esq.
Florida Bar No. 244082
Adam Levinson, Esq.
Florida Bar No. 055344
**KLAUSNER & KAUFMAN, P.A.**
10059 NW 1st Court
Plantation, Florida  33324-7006
Telephone:  (954) 916-1202
Facsimile:  (954) 916-1232
E-Mail: bob@robertdklausner.com
E-Mail: adam@robertdklausner.com
*Co-Counsel for Lead Plaintiffs*

*ATL 18,465,1881*