UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Board of Trustees of the City of Lake Worth
Employees' Retirement System, et al.,

    Plaintiffs,

vs.                                          Case No. 3:10-cv-845-J-32MCR

Merrill Lynch Pierce Fenner & Smith,
Incorporated,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court sua sponte. Pursuant to Local Rule 2.01(d):

> To maintain good standing in the bar of this Court, each attorney admitted under this rule, beginning in the year following the year of the attorney's admission, must pay a periodic fee . . . , **must register with the Clerk of Court and maintain an e-mail address for electronic service** by the Clerk during the attorney's membership in the bar of this Court. An attorney who fails to pay timely the periodic fee or fails without exemption to maintain a registered e-mail address is subject to removal from membership in the bar of this Court.

Local Rules for the Middle District of Florida, Rule 2.01(d) (emphasis added); see also Admin. Procedures for Elec. Filing in Civil & Criminal Cases, U.S. Dist. Court, M.D. Fla.

A review of the file demonstrates that attorneys: William C. Fredericks, Beata Gocyk-Farber, Avi Josefson, Adam P. Levinson, Trae D. Meyr, and Gerald H. Silk have not registered for the Court's Case Management/Electronic Case Files ("CM/ECF") system.

Accordingly, it is **ORDERED**:

On or before **March 16, 2012**, these attorneys shall either: (1) register for

CM/ECF, enter their e-mail addresses for their CM/ECF accounts, and electronically file notices of compliance with this Order; (2) show good cause why they are entitled to an exemption from this requirement; or (3) file motions to withdraw as counsel in this case.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this __1st__ day of March, 2012.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record