IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DISTRICT

Board of Trustees of the City of Lake Worth          CASE NO. 3:10-cv-845-J-32-MCR
Employees' Retirement System, et al.,

        Plaintiffs,

vs.

Merrill Lynch Pierce Fenner & Smith,
Incorporated,

        Defendant.
_____/

### NOTICE OF COMPLIANCE WITH CM/ECF

Pursuant to this Court's March 1, 2012 Order, Adam P. Levinson, a partner of the law firm of Klausner & Kaufman, P.A., one of the counsel for Plaintiffs (and one of the proposed class counsel for the proposed Class), hereby submits this Notice of Compliance with the United States District Court for the Middle District of Florida's Administrative Procedures for Electronic Filing in Civil and Criminal Cases. Undersigned Counsel is a  member in good standing of this Court, and is registered for CM/ECF.

Dated: March 7, 2012

        Respectfully submitted,

        /s/ Adam P. Levinson
        KLAUSNER & KAUFMAN, P.A.
        10059 N.W. 1st Court
        Plantation, Florida 33324
        *Counsel for Plaintiffs*
        Telephone:    (954) 916-1202
        Fax:           (954) 916-1232

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Compliance was

filed with the Court, is available for viewing and downloading from the ECF system, and was

sent via email on March 7, 2012, to the following:

**David A. Coulson**
Greenberg Traurig, LLP
333 SE 2nd Ave - Suite 4400
Miami, FL 33131
305/579-0500
305/579-0717 (fax)
coulsonD@gtlaw.com

**Terry R. Weiss**
Greenberg Traurig, LLP
The Forum - Suite 400
3290 Northside Pkwy NW
Atlanta, GA 30327
678/553-2100
678/553-2212 (fax)
weisstr@gtlaw.com
*Counsel for Defendant Merrill Lynch Pierce Fenner & Smith, Inc.*


                                    /s/ Adam P. Levinson