IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DISTRICT

| | |
|---|---|
| Board of Trustees of the City of Lake Worth Employees' Retirement System, et al., | : : |
| Plaintiffs, | : |
| Vs. | : : |
| Merrill Lynch Pierce Fenner & Smith, Incorporated, | : : |
| Defendant. | : : |

Case No. 3:10-cv-845-J-32MCR

## NOTICE OF COMPLIANCE WITH CM/ECF

Pursuant to this Court's March 1, 2012 Order, William C. Fredericks, a partner of the law firm of Bernstein Litowitz Berger & Grossmann LLP, one of the counsel for Plaintiffs (and one of the proposed class counsel for the proposed Class), hereby submits this Notice of Compliance with the United States District Court for the Middle District of Florida's Administrative Procedures for Electronic Filing in Civil and Criminal Cases.  Undersigned Counsel are members in good standing (*pro hac vice*) of this Court, and are registered for CM/ECF.

Dated: New York, New York
       March 7, 2012

Respectfully submitted,

  /s/ William C. Fredericks
William C. Fredericks
(admitted *pro hac vice)*
Gerald H. Silk
(admitted *pro hac vice)*
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas
New York, NY  10019
(212) 554-1400
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Appearance was filed with the Court, is available for viewing and downloading for the ECF system, and was sent via email on March 7, 2012, to the following:

**David A. Coulson**
Greenberg Traurig, LLP
Suite 4400
333 SE 2nd Ave
Miami, FL 33131
305/579-0500
305/579-0717 (fax)
coulsonD@gtlaw.com

**Nikki Lewis Simon**
Greenberg Traurig, LLP
Suite 4400
333 SE 2nd Ave
Miami, FL 33131
305/579-0500
305/579-0717 (fax)
simonN@gtlaw.com

**Terry R. Weiss**
Greenberg Traurig, LLP
The Forum - Suite 400
3290 Northside Pkwy NW
Atanta, GA 30327
678/553-2100
678/553-2212 (fax)
weisstr@gtlaw.com

*Counsel for Defendant Merrill Lynch Pierce Fenner & Smith, Inc.*

    /s/ William C. Fredericks