IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DISTRICT

| | |
|---|---|
| Board of Trustees of the City of Lake Worth Employees' Retirement System, et al., | : |
| Plaintiffs, | : Case No. 3:10-cv-845-J-32MCR |
| Vs. | : |
| Merrill Lynch Pierce Fenner & Smith, Incorporated, | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 2.03, Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") hereby moves this Court for an Order granting permission for Avi Josefson, Esq. to withdraw as counsel to Plaintiffs in the above-captioned action.

Bernstein Litowitz continues to represent Plaintiffs in this matter. Mr. Josefson's withdrawal will not prejudice Plaintiffs or Defendant.

Dated: New York, New York
March 7, 2012

Respectfully submitted,

 /s/ William C. Fredericks
William C. Fredericks
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas
New York, NY  10019
(212) 554-1400

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Appearance was filed with the Court, is available for viewing and downloading for the ECF system, and was sent via email on March 7, 2012, to the following:

**David A. Coulson**
Greenberg Traurig, LLP
Suite 4400
333 SE 2nd Ave
Miami, FL 33131
305/579-0500
305/579-0717 (fax)
coulsonD@gtlaw.com

**Nikki Lewis Simon**
Greenberg Traurig, LLP
Suite 4400
333 SE 2nd Ave
Miami, FL 33131
305/579-0500
305/579-0717 (fax)
simonN@gtlaw.com

**Terry R. Weiss**
Greenberg Traurig, LLP
The Forum - Suite 400
3290 Northside Pkwy NW
Atanta, GA 30327
678/553-2100
678/553-2212 (fax)
weisstr@gtlaw.com

*Counsel for Defendant Merrill Lynch Pierce Fenner & Smith, Inc.*

                                                      /s/ William C. Fredericks