# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| Board of Trustees of the City of Lake Worth Employees' Retirement System, et al., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. 3:10-cv-00845-TJC-MCR |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated, | ) ) ) | |
| Defendant. | ) / | |

## MOTION FOR WITHDRAWAL OF TRAE D. MEYR

PLEASE TAKE NOTICE that, pursuant to Local Rule 2.03, Greenberg Traurig LLP ("Greenberg Traurig") hereby moves this Court for an Order granting permission for Trae D. Meyr, Esq. to withdraw as counsel to Defendant in this action.

Mr. Meyr's withdrawal will not prejudice Plaintiffs or Defendant. Terry R. Weiss, David A. Coulson and D. Porpoise Evans and the law firm of Greenberg Traurig LLP will remain as counsel of record for Defendant.

Dated: March 8, 2012

Respectfully submitted,

By: /s/ D. Porpoise Evans

| | |
|---|---|
| Terry R. Weiss, Esq., FL Bar No. 057906 | David A. Coulson, Esq., FL Bar No. 176222 |
| (*Admitted Pro Hac Vice*) | D. Porpoise Evans, Esq., FL Bar No. 576883 |
| *Counsel for Defendant* | *Counsel for Defendant* |
| **GREENBERG TRAURIG, LLP** | **GREENBERG TRAURIG, P.A.** |
| 3290 Northside Parkway NW, Suite 400 | 333 Avenue of the Americas, Suite 4400 |
| Atlanta, Georgia  30327 | Miami, Florida 33131 |
| Telephone:  (678) 553-7328 | Telephone:  (305) 579-0500 |
| Facsimile:  (678) 553-7329 | Facsimile:  (305) 579-0717 |
| E-Mail: WeissTR@gtlaw.com | E-Mail: CoulsonD@gtlaw.com |
| | E-Mail: EvansP@gtlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


    /s/ D. Porpoise Evans
D. PORPOISE EVANS


## SERVICE LIST

Robert A. Sugarman, Esq.
Florida Bar No. 149388
Ivelisse Berio LeBeau, Esq.
Florida Bar No. 907693
**SUGARMAN & SUSSKIND, P.A.**
100 Miracle Mile, Suite 300
Coral Gables, Florida  33134-5429
Telephone:  (305) 592-2801
Facsimile:  (305) 447-8115
E-Mail: sugarman@sugarmansusskind.com
E-Mail: ivelisse@sugarmansusskind.com

*Co-Counsel for Lead Plaintiffs*

Gerald H. Silk, Esq.
(*Admitted Pro Hac Vice*)
William Fredericks
(*Admitted Pro Hac Vice*)
Beata Gocyk-Farber, Esq.
(*Admitted Pro Hac Vice*)
Avi Josefson, Esq.
(*Admitted Pro Hac Vice*)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1285 Avenue of the Americas,  38th Floor
New York, New York  10019
Telephone:  (212) 554-1400
Facsimile:  (212) 554-1444
E-Mail: Jerry@blbglaw.com
E-Mail: Beata@blbglaw.com
E-Mail: Avi@blbglaw.com
*Co-Counsel for Lead Plaintiffs*

## SERVICE LIST

Robert D. Klausner, Esq.
Florida Bar No. 244082
Adam Levinson, Esq.
Florida Bar No. 055344
**KLAUSNER & KAUFMAN, P.A.**
10059 NW 1st Court
Plantation, Florida  33324-7006
Telephone:  (954) 916-1202
Facsimile:  (954) 916-1232
E-Mail: bob@robertdklausner.com
E-Mail: adam@robertdklausner.com
*Co-Counsel for Lead Plaintiffs*