UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Board of Trustees of the City of Lake Worth
Employees' Retirement System, et al.,

    Plaintiffs,

vs.                                                  Case No.  3:10-cv-845-J-32MCR

Merrill Lynch Pierce Fenner & Smith,
Incorporated,

    Defendant.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on the Notices of Withdrawal of Counsel filed by counsel for Plaintiffs (Docs. 85 and 86), which the Court shall treat as motions to withdraw, and the Motion for Withdrawal (Doc. 87) filed by counsel for Defendant.  The Court has reviewed this matter and finds the Motions to be deficient in several respects.  Accordingly, it is hereby

**ORDERED:**

The Notices of Withdrawal of Counsel filed by counsel for Plaintiffs (Docs. 85 and 86) and the Motion for Withdrawal (Doc. 87) filed by counsel for Defendant are **DENIED** without prejudice.  The Motions fails to advise when notice of the withdrawal was supplied to the parties and opposing counsel, which is needed to bring the request into compliance with Rule 2.03(b), Local Rules, United States District Court, Middle District of Florida.  Local Rule 2.03(b) provides:

> No attorney, having made a general appearance under [this rule], shall thereafter abandon the case or proceeding in which the appearance was made, or withdraw as counsel for any party therein, except by written leave of Court obtained after giving ten (10) days' **notice to the party or client affected** thereby, **and to opposing counsel**.

M.D. Fla. Local R. 2.03(b) (emphasis added).

Further, the Motions fail to provide a certifying statement pursuant to Local Rule 3.01(g). Counsel for the parties shall confer prior to filing any motions or notices with the Court, as required per Local Rule 3.01(g).[1] Counsel for Plaintiffs and Defendant shall re-file the Motions and certify that the notice as required by Local Rules 2.03(b) and 3.01(g) have been provided to the parties and opposing counsel.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this   8th   day of March, 2012.

*Monte C. Richardson*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record

---

[1] The parties are hereby reminded that all filings with the Court must be made in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court, Middle District of Florida. The Local Rules are available for review on the public website for the Middle District Court of Florida at www.flmd.uscourts.gov or may be obtained from the Clerk's Office. The Federal Rules of Civil Procedure are available for review in the law libraries of the state and federal courthouses.