**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| Board of Trustees of the City of Lake Worth Employees' Retirement System, et al.,   )<br>)<br>Plaintiff,   )<br>v.   )<br>)<br>Merrill Lynch, Pierce, Fenner & Smith Incorporated,   )<br>)<br>)<br>Defendant.   ) / | CIVIL ACTION FILE NO.<br>3:10-cv-00845-TJC-MCR |

**DEFENDANT'S UNOPPOSED**
**MOTION FOR WITHDRAWAL OF TRAE D. MEYR**

Pursuant to Local Rule 2.03, **Trae D. Meyr** hereby requests to be withdrawn from this action as counsel for Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated.

Defendant's counsel of record, Trae D. Meyr, formerly an attorney with Greenberg Traurig LLP, has not represented Defendant in this proceeding since approximately April 1, 2011, prior to which point, notice was provided to Defendant and to counsel for Plaintiffs.

Terry R. Weiss, David A. Coulson and D. Porpoise Evans and the law firm of Greenberg Traurig LLP remain as counsel of record for Defendant.

Pursuant to Local Rule 2.03(b), Plaintiffs and Defendant consent to Mr. Meyr's withdrawal as its counsel of record.

**CERTIFICATE OF COUNSEL**

Pursuant to Local Rule 3.01(g), the undersigned certifies that, on March 7, 2012, counsel for Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated addressed the withdrawal of Mr. Meyr with Plaintiff's co-counsel who have no objection to this motion.

Dated: March 16, 2012

Terry R. Weiss, Esq., FL Bar No. 057906
(*Admitted Pro Hac Vice*)
*Counsel for Defendant*
**GREENBERG TRAURIG, LLP**
3290 Northside Parkway NW, Suite 400
Atlanta, Georgia  30327
Telephone:  (678) 553-7328
Facsimile:   (678) 553-7329
E-Mail: WeissTR@gtlaw.com

Respectfully submitted,

By:  /s/ D. Porpoise Evans
David A. Coulson, Esq., FL Bar No. 176222
D. Porpoise Evans, Esq., FL Bar No. 576883
*Counsel for Defendant*
**GREENBERG TRAURIG, P.A.**
333 Avenue of the Americas, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile:  (305) 579-0717
E-Mail: CoulsonD@gtlaw.com
E-Mail: EvansP@gtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    /s/ D. Porpoise Evans
D. PORPOISE EVANS

## SERVICE LIST

Robert A. Sugarman, Esq.
Florida Bar No. 149388
Ivelisse Berio LeBeau, Esq.
Florida Bar No. 907693
**SUGARMAN & SUSSKIND, P.A.**
100 Miracle Mile, Suite 300
Coral Gables, Florida 33134-5429
Telephone: (305) 592-2801
Facsimile: (305) 447-8115
E-Mail: sugarman@sugarmansusskind.com
E-Mail: ivelisse@sugarmansusskind.com

*Co-Counsel for Lead Plaintiffs*

Gerald H. Silk, Esq.
(*Admitted Pro Hac Vice*)
William Fredericks
(*Admitted Pro Hac Vice*)
Beata Gocyk-Farber, Esq.
(*Admitted Pro Hac Vice*)
Avi Josefson, Esq.
(*Admitted Pro Hac Vice*)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
E-Mail: Jerry@blbglaw.com
E-Mail: Beata@blbglaw.com
E-Mail: Avi@blbglaw.com
*Co-Counsel for Lead Plaintiffs*

**SERVICE LIST**

Robert D. Klausner, Esq.
Florida Bar No. 244082
Adam Levinson, Esq.
Florida Bar No. 055344
**KLAUSNER & KAUFMAN, P.A.**
10059 NW 1st Court
Plantation, Florida  33324-7006
Telephone:  (954) 916-1202
Facsimile:  (954) 916-1232
E-Mail: bob@robertdklausner.com
E-Mail: adam@robertdklausner.com
*Co-Counsel for Lead Plaintiffs*