IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DISTRICT

| | |
|---|---|
| Board of Trustees of the City of Lake Worth Employees' Retirement System, et al., | : : |
| Plaintiffs, | : |
| Vs. | : : |
| Merrill Lynch Pierce Fenner & Smith, Incorporated, | : : |
| Defendant. | : : |

Case No. 3:10-cv-845-J-32MCR

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 2.03, Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") hereby moves this Court for an Order granting permission for Beata Gocyk-Farber, Esq. to withdraw as counsel to Plaintiffs in the above-captioned action. Bernstein Litowitz continues to represent Plaintiffs in this matter. Ms. Gocyk-Farber's withdrawal will not prejudice Plaintiffs or Defendant.

Counsel certifies that in accordance with Local Rule 2.03(b), counsel seeks leave to withdraw after giving ten (10) days' notice to the party or client affected thereby and to opposing counsel. Members of the boards of each of the Plaintiffs were advised in November and December of 2011 that William Fredericks would be replacing Ms. Gocyk-Farber (who has left the firm) as the partner at Bernstein Litowitz with primary responsibility for prosecuting this action (together with the other two co-lead Plaintiffs' counsel firms) on Plaintiffs' behalf, and do not object. Opposing counsel were given notice on March 7, 2012.

Counsel certifies that pursuant to Local Rule 3.01(g): (1) counsel for the parties have conferred prior to the filing of the withdrawal of counsel; and (2) Defendant's counsel does not object to the withdrawal of counsel.

Dated: New York, New York
March 16, 2012

                                          Respectfully submitted,

                                          /s/ William C. Fredericks
                                          William C. Fredericks
                                          BERNSTEIN LITOWITZ BERGER &
                                          GROSSMANN LLP
                                          1285 Avenue of the Americas
                                          New York, NY  10019
                                          (212) 554-1400

                                          *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Appearance was filed with the Court, is available for viewing and downloading for the ECF system, and was sent via email on March 13, 2012, to the following:

**David A. Coulson**
Greenberg Traurig, LLP
Suite 4400
333 SE 2nd Ave
Miami, FL 33131
305/579-0500
305/579-0717 (fax)
coulsonD@gtlaw.com

**Nikki Lewis Simon**
Greenberg Traurig, LLP
Suite 4400
333 SE 2nd Ave
Miami, FL 33131
305/579-0500
305/579-0717 (fax)
simonN@gtlaw.com

**Terry R. Weiss**
Greenberg Traurig, LLP
The Forum - Suite 400
3290 Northside Pkwy NW
Atanta, GA 30327
678/553-2100
678/553-2212 (fax)
weisstr@gtlaw.com

*Counsel for Defendant Merrill Lynch Pierce Fenner & Smith, Inc.*

/s/ William C. Fredericks