UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Board of Trustees of the City of Lake Worth
Employees' Retirement System, et al.,

    Plaintiffs,

vs.                                                    Case No.  3:10-cv-845-J-32MCR

Merrill Lynch Pierce Fenner & Smith,
Incorporated,

    Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on the Unopposed Motion for Withdrawal (Doc. 89) filed by counsel for Defendant and the Notices of Withdrawal of Counsel filed by counsel for Plaintiffs (Docs. 90 and 91), which the Court shall treat as motions to withdraw.  Counsel represents that the appropriate notice pursuant to Local Rule 2.03(b) of the Local Rules for this Court has been provided to opposing counsel and the parties and that none have any opposition to these motions.

    Accordingly, after due consideration, it is

    **ORDERED**:

    1.    The Unopposed Motion for Withdrawal (Doc. 89) filed by counsel for Defendant is **GRANTED**.  Attorney, Trae D. Meyr, is hereby relieved of any further responsibility as counsel for Defendant in this action.

-1-

2. The Notices of Withdrawal of Counsel filed by counsel for Plaintiffs (Docs. 90 and 91), which the Court shall treat as motions to withdraw are also **GRANTED**. Attorneys, Avi Josefson and Beata Gocyk-Farber, are hereby relieved of any further responsibility as counsel for Plaintiffs in this action.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  16th  day of March, 2012.

*Monte C. Richardson*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record