UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CITY OF LAKE WORTH EMPLOYEES' RETIREMENT SYSTEM; BOARD OF TRUSTEES OF THE CITY OF LAKE WORTH POLICE OFFICERS' RETIREMENT SYSTEM; BOARD OF TRUSTEES OF THE CITY OF LAKE WORTH FIREFIGHTERS' PENSION TRUST FUND; on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, a Delaware corporation,<br><br>        Defendant. | Case No.: 3:10-cv-845-TJC-MCR |

**DECLARATION OF ADAM P. LEVINSON IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF SETTLEMENT, (II) CERTIFICATION OF THE CLASS FOR PURPOSES OF SETTLEMENT, AND (III) APPROVAL OF NOTICE TO THE CLASS**

I, Adam P. Levinson, under penalty of perjury, declare as follows:

1.  I am a partner at Klausner, Kaufman, Jensen & Levinson, P.A. ("KKJ&L"). KKJ&L, along with Bernstein Litowitz Berger & Grossmann LLP and Sugarman & Susskind, P.A., are counsel for Plaintiffs, the respective Boards of Trustees of the City of Lake Worth Employees' Retirement System, the City of Lake Worth Police Officers' Retirement System, and the City of Lake Worth Firefighters' Pension Trust Fund (collectively, the "Plaintiff Plans"), in the above-captioned class action (the "Action"). Plaintiffs, on behalf of the Plaintiffs Plans and the other members of the Class, have reached a proposed settlement of the claims asserted in the Action against Defendant Merrill Lynch Pierce Fenner & Smith Inc. I submit this declaration in support of Plaintiffs' Unopposed Motion for (I) Preliminary Approval of Settlement, (II) Certification of Class for Purposes of Settlement, and (III) Approval of Notice to the Class.

2.  The term of the proposed settlement are set forth in the Stipulation and Agreement of Settlement executed by the parties on March 23, 2012 (the "Stipulation"). Attached hereto as Exhibit 1 is the Stipulation, including the exhibits thereto as follows:

    a.  Exhibit A:   [Proposed] Order Preliminarily Approving Proposed Settlement and Providing for Notice;

    b.  Exhibit A-1: Notice of (I) Pendency and Proposed Settlement of Class Action, (II) Settlement Fairness Hearing, and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Expenses;

    c.  Exhibit A-2: Claim Form;

    d.  Exhibit A-3: Summary Notice of (I) Pendency and Proposed Settlement of Class Action, (II) Settlement Fairness Hearing, and (III)

2

        Motion for an Award of Attorneys' Fees and Reimbursement of Expenses; and

e.      Exhibit B:      [Proposed] Order and Final Judgment.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of March, 2012.

          */s Adam P. Levinson*
          ADAM P. LEVINSON

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2012, I electronically filed the foregoing DECLARATION OF ADAM P. LEVINSON IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF SETTLEMENT, (II) CERTIFICATION OF THE CLASS FOR PURPOSES OF SETTLEMENT, AND (III) APPROVAL OF NOTICE TO THE CLASS with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List, either via transmission of Notices of Electronic Filing Generated by the CM/ECF system or in some other authorized manner for those counsel who are authorized to receive electronically Notices of Electronic Filing.

By: */s/ Adam P. Levinson*
 Adam P. Levinson

## SERVICE LIST

David A. Coulson
(Fla. Bar No. 176222)
D. Porpoise Evans
(Fla. Bar No. 576883)
**GREENBERG TRAURIG, LLP**
Suite 4400
333 SE 2nd Ave
Miami, FL 33131
Telephone:  (305) 579-0500
Facsimile:  (305) 579-0717
CoulsonD@gtlaw.com
EvansP@gtlaw.com

William C. Fredericks
(admitted *pro hac vice*)
**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**
1285 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 554-1400
Facsimile:  (212) 554-1444
wfredericks@blbglaw.com

Terry R. Weiss
(Fla. Bar No. 057906)
**GREENBERG TRAURIG, LLP**
3290 Northside Parkway NW, Suite 400
Atlanta, Georgia  30327
Telephone:  (678) 553-7328
Facsimile:   (678) 553-7329
WeissTR@gtlaw.com

Robert Sugarman
(Fla. Bar No. 149388)
Ivelisse Berio LeBeau
(Fla. Bar No. 907693)
**SUGARMAN & SUSSKIND, P.A.**
100 Miracle Mile, Suite 300
Coral Gables, Florida 33134
Telephone:  (305) 592-2801
Facsimile:  (305) 447-8115
Sugarman@sugarmansusskind.com
Ivelisse@sugarmansusskind.com