**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BOARD OF TRUSTEES OF THE CITY OF
LAKE WORTH EMPLOYEES' RETIREMENT
SYSTEM, et al.,

        Plaintiffs,

vs.         Case No. 3:10-cv-845-J-32MCR

MERRILL LYNCH, PIERCE, FENNER &
SMITH, INCORPORATED,

        Defendant.

## NOTICE OF TELEPHONIC HEARING

**TAKE NOTICE** that this case is hereby **SET** for a **TELEPHONIC HEARING** on Plaintiffs' Unopposed Motion for (I) Preliminary Approval of Settlement,(II) Certification of the Class for Purposes of Settlement, and (III) Approval of Notice to the Class (Doc. 95) before the Honorable Timothy J. Corrigan, United States District Judge, on **Friday, April 20, 2012** at **9:30 a.m.** Counsel for plaintiffs shall initiate the telephonic hearing by calling counsel for defendant and then calling the Court's polycom telephone line, (904) 549-1949.[1]

**DATED** this 13th day of April, 2012.

        TIMOTHY J. CORRIGAN
        United States District Judge
        By: /s/ Jennifer L. Kifer
        Deputy Clerk/Law Clerk
        (904) 549-1302

copies to: counsel of record

---

[1] The quality of the audioconnection is compromised by the use of cell phones and speaker phones and the parties are therefore requested not to use those devices during the hearing.