UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BOARD OF TRUSTEES OF THE
CITY OF LAKE WORTH EMPLOYEES'
RETIREMENT SYSTEM, et al.

v.  CASE NO: 3:10-cv-845-J-32MCR

MERRILL LYNCH PIERCE FENNER
& SMITH, INC.

| Counsel for Plaintiffs: | Counsel for Defendant: |
|---|---|
| William Fredericks | D. Porpoise Evans |
| Adam Levinson | Adam Cole |
| Rochelle Hansen | |
| John Mills | |
| Ivelisse Berio LeBeau | |

HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE
Courtroom Deputy: Marielena Diaz        Court Reporter: Shannon Bishop

## CLERK'S MINUTES

PROCEEDINGS OF TELEPHONE MOTION HEARING:

Hearing regarding Plaintiffs' Unopposed Motion for (I) Preliminary Approval of Settlement, (II) Certification of the Class for Purposes of Settlement, and (III) Approval of Notice to the Class and Incorporated Memorandum of Law (Doc. 95).

Order to Enter.

DATE: April 20, 2012                      TIME: 9:35 a.m. - 10:13 a.m.