## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CITY OF LAKE WORTH EMPLOYEES' RETIREMENT SYSTEM, et al., | : : : Case No. 3:10-CV-845-J-32MCR : : |
| Plaintiffs, | : |
| vs. | : : |
| MERRILL LYNCH PIERCE FENNER & SMITH, INCORPORATED, a wholly owned subsidiary of THE BANK OF AMERICA, | : : : : : |
| Defendant. | : : |

## UNOPPOSED MOTION TO SEAL

In accordance with the Court's order at the telephonic hearing held on April 20, 2012, and pursuant to Rule 1.09 of the Local Civil Rules of this Court, Plaintiffs (the Plaintiff Boards of Trustees of the City of Lake Worth's Employees' Retirement System, Police Officers' Retirement System, and Firefighters' Pension Trust Fund ("Plaintiffs")) by their attorneys, respectfully move this Court for the entry of an order:

1. Authorizing Plaintiffs to file the Supplemental Agreement between the parties described in paragraph 31 of the parties' Stipulation and Agreement of Settlement ("Supplemental Agreement") under seal in accordance with Local Rule 1.09;

2. Designating the Supplemental Agreement as filed under seal pursuant to Local Rule 1.09; and

3. Designating the Supplemental Agreement as filed under seal for a period of one (1) year, or such other period as the Court shall Order.

During the telephonic hearing held on April 20, 2012 Judge Corrigan inquired as to the provision in paragraph 31 of the parties' Stipulation and Agreement of Settlement, Docket #96-1,

describing a confidential Supplemental Agreement between the parties under which Defendant has an option to terminate the Settlement ("Supplemental Agreement"). This agreement is further referenced in paragraph 64 of the proposed Notice to Class Members, also in Docket #96-1. Counsel for the parties explained that paragraph 31 refers to an agreement between the parties under which Defendant has the option to terminate the Settlement if certain conditions in the Supplemental Agreement are met in connection with Class Members validly requesting exclusion from the Class. Counsel explained that they had agreed to keep the exact terms of such agreement confidential so that Class Members could not be influenced by them as they consider their alternatives in connection with the Settlement. Judge Corrigan requested that a copy of the Supplement Agreement be filed with the court under seal for his review.

Accordingly, as ordered by Judge Corrigan on April 20, 2012, Plaintiffs respectfully request that the Court enter an Order to permit the Supplemental Agreement to be filed with the court under seal.

| | | |
|---|---|---|
| **Dated**: April 24, 2012 | By: | /s/ *Ivelisse Berio LeBeau* |
| | | Ivelisse Berio LeBeau (Fla. Bar No. 907693) |
| | | Robert Sugarman (Florida Bar No. 149388) |
| | | **SUGARMAN & SUSSKIND, P.A.** |
| | | 100 Miracle Mile, Suite 300 |
| | | Coral Gables, Florida 33134 |
| | | Tel: (305) 592-2801 |
| | | Facsimile: (305) 447-8115 |
| | | Ivelisse@sugarmansusskind.com |
| | | |
| | | William C. Fredericks |
| | | (admitted *pro hac vice*) |
| | | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| | | 1285 Avenue of the Americas |
| | | New York, New York 10019 |
| | | Telephone: (212) 554-1400 |
| | | Facsimile: (212) 554-1444 |
| | | wfredericks@blbglaw.com |

2

        Robert D. Klausner (Fla. Bar No. 244082)
        Adam P. Levinson (Fla. Bar No. 055344)
        **KLAUSNER & KAUFMAN, P.A.**
        10059 N.W. 1st Court
        Plantation, Florida 33324
        Tel:  (954) 916-1202
        Facsimile:  (954) 916-1232
        Bob@robertdklausner.com


        *Co-Counsel for Plaintiffs*

## **CERTIFICATE OF SERICE**

I hereby certify that on April 24, 2012, a true and correct copy of the foregoing UNOPPOSED MOTION TO SEAL was served by electronic mail on all counsel identified below.

/s/ *Ivelisse Berio LeBeau*
Ivelisse Berio LeBeau (Fla. Bar No. 907693)
**SUGARMAN & SUSSKIND, P.A.**
100 Miracle Mile, Suite 300
Coral Gables, Florida 33134
Tel:  (305) 592-2801
Facsimile:  (305) 447-8115
Ivelisse@sugarmansusskind.com

**Porpoise D. Evans**
**David A. Coulson**
Greenberg Traurig, LLP
Suite 4400
333 SE 2nd Ave
Miami, FL 33131
305/579-0500
305/579-0717 (fax)
coulsonD@gtlaw.com
EvansP@gtlaw.com

*Counsel for Defendant Merrill Lynch Pierce Fenner & Smith, Inc.*