**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BOARD OF TRUSTEES OF THE CITY OF
LAKE WORTH EMPLOYEES' RETIREMENT
SYSTEM, et al.,

        Plaintiffs,

vs.                                            Case No. 3:10-cv-845-J-32MCR

MERRILL LYNCH, PIERCE, FENNER &
SMITH, INCORPORATED,

        Defendant.

## ORDER

This case is before the Court on Plaintiffs' Unopposed Motion to Seal. (Doc. 104.) At the hearing in this matter held on April 20, 2012, the transcript of which is incorporated by reference, the Court requested the parties submit a copy of their supplemental agreement for the Court's review. For the reasons stated at the hearing, it is hereby

**ORDERED**:

1. Plaintiffs' Unopposed Motion to Seal (Doc. 104) is **GRANTED**.

2. Plaintiffs should file the supplemental agreement under seal no later than **May 4, 2012**, and the supplemental agreement shall remain under seal for a period not to exceed one (1) year from the date of filing.

**DONE AND ORDERED** at Jacksonville, Florida this 30th day of April, 2012.

*/s/ Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
United States District Judge

jk.
Copies:

counsel of record