# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BOARD OF TRUSTEES OF THE CITY OF
LAKE WORTH EMPLOYEES' RETIREMENT
SYSTEM, et. al.,

          Plaintiffs,

v.

MERRILL LYNCH, PIERCE, FENNER &             Case No. 3:10-cv-845-J-32MCR
SMITH, INCORPORATED,

          Defendant.
_____

**DECLARATION OF ROBERT D. KLAUSNER IN SUPPORT OF PLAINTIFFS'**
**COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND**
**REIMBURSEMENT OF LITIGATION EXPENSES FILED ON BEHALF OF**
**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**

ROBERT D. KLAUSNER, declares as follows:

1.     I am a member of the law firm of Klausner, Kaufman, Jensen & Levinson. I submit

this declaration in support of my firm's application for an award of attorneys' fees in connection

with services rendered in the above-captioned action (the "Action"), as well as for

reimbursement of expenses incurred by my firm in connection with the Action.

2.     My firm, which served as co-Lead Counsel for Plaintiffs in the Action, was

involved in all aspects of the litigation and settlement of the Action, as set forth in the Joint

Declaration submitted by Plaintiffs' Counsel in support of Plaintiffs' motion for final approval of

the Settlement and Plaintiffs' Counsel's motion for an award of attorneys' fees and

reimbursement of expenses.

3.     The schedule attached hereto as Exhibit 1 is a summary of the amount of time

spent by each attorney of my firm who was involved in litigating this Action, and the resulting

lodestar calculation based on my firm's current billing rates. The schedule was prepared from

contemporaneous daily time records regularly prepared and maintained by my firm, which are available at the request of the Court. Time expended in preparing this application for fees and reimbursement of expenses has not been included in this request.

4.      The hourly rates for the attorneys in my firm that are included in Exhibit 1 are the same as the regular current rates charged for their services in non-contingent matters and/or which have been accepted in other class action litigation.

5.      The total number of hours expended on this Action by my firm from the preliminary investigation and evaluation of the case through the date of this declaration is $1,155.50.[1] The total lodestar for my firm is $516,975.00 for attorneys' time.

6.      ·My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

7.      As detailed in the schedule attached hereto as Exhibit 2, my firm has incurred a total of $18,697.08 in unreimbursed expenses in connection with the prosecution of this Action from its inception through the date of this declaration.

8.      The expenses incurred in this Action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and are an accurate record of the expenses incurred.

9.      With respect to the standing of my firm, attached hereto as Exhibit 3 is a brief biography of my firm and attorneys in my firm who were principally involved in this Action.

---

[1] My firm also expended additional hours in connection with the development of facts and analysis of legal issues that led to the filing of this Action; those additional hours are not reported here.

I declare, under penalty of perjury, that the foregoing facts are true and correct.  Executed

on June 22, 2012.

ROBERT D. KLAUSNER

# EXHIBIT 1

*Board of Trustees of the City of Lake Worth Employees' Retirement System, et al.,*
*v. Merrill Lynch, Pierce, Fenner & Smith, Incorporated*
Case No. 3:10-cv-845-J-32MCR

**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**

**TIME REPORT**

**Inception through June 22, 2012**

| NAME | HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|
| **Partners** | | | |
| Robert D. Klausner | 219.10 | $ 650.00 | $142,415.00 |
| Stuart A. Kaufman | 65.20 | 400.00 | 26,080.00 |
| Adam P. Levinson | 828.00 | 400.00 | 331,200.00 |
| | | | |
| **Associate** | | | |
| Shaun H. Malvin | 43.20 | 400.00 | 17,280.00 |
| | | | |
| **TOTALS** | **1,155.50** | | **$516,975.00** |

# EXHIBIT 2

*Board of Trustees of the City of Lake Worth Employees' Retirement System, et al.,*
*v. Merrill Lynch, Pierce, Fenner & Smith, Incorporated*
Case No. 3:10-cv-845-J-32MCR

### KLAUSNER, KAUFMAN, JENSEN & LEVINSON

### EXPENSE REPORT

### Inception through June 22, 2012

| CATEGORY | AMOUNT |
|---|---|
| Court Fees | $   431.00 |
| Document Management/Litigation Support | 6,978.34 |
| Telephones | 776.76 |
| Postage & Express Mail | 1,100.34 |
| Local Transportation | 1,760.00 |
| Internal Copying | 1,030.91 |
| Outside Copying | 155.42 |
| Out of Town Travel | 5,094.11 |
| Court Reporting & Transcripts | 1,370.20 |
|  |  |
| **TOTAL EXPENSES:** | **$18,697.08** |

# EXHIBIT 3

**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**
10059 N.W. 1st Court
Plantation, Florida 33324
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
Website: www.robertdklausner.com

### Firm Overview

The law firm of **Klausner, Kaufman, Jensen & Levinson** specializes exclusively in the representation of retirement and benefit systems and related labor and employment relations matters. The firm is composed of five lawyers in South Florida, William Ackerman, Of Counsel (California) and Robert E. Tarzca, Of Counsel (New Orleans). In addition we have four clerical/paraprofessional employees, an administrator, and a deputy administrator/conference director.

As a result of our substantial involvement on a national level in public employee retirement matters, we have developed a unique level of knowledge and experience. By concentrating our practice in the area of public employee retirement and related employment issues, we are able to keep a focus on changing trends in the law that more general practitioners would consider a luxury.

The law firm of Klausner, Kaufman, Jensen & Levinson, among the most highly regarded in the country in the area of pension issues, is frequently called upon as an educational and fiduciary consultant by state and local governments throughout the United States on some of the newest and most sophisticated issues involving public retirement systems. The examples of those areas are:

### Plan Design

The firm provides services to dozens of public employee pension plans throughout the United States in the area of plan review, design, and legislative drafting. On both the state and local levels, statutes and ordinances are reviewed for the purposes of maintaining compliance with current and pending Internal Revenue Code Regulations affecting public plans, as well as compliance with provisions of the Americans With Disabilities Act, the Older Workers Protections Act and the Pension Protection Act. When benefit changes occur we prepare all necessary legislative drafts and appear before the appropriate legislative body to answer questions concerning those drafts. We also offer creative solutions to plan design issues brought about by unexpected economic pressures and balancing those solutions against constitutional or statutory benefit guarantees.

## Fiduciary Education

The primary duty of a pension fund lawyer is to ensure that the trustees do the right thing. It is our practice to design and present a variety of educational materials and programs which explain the general principles of fiduciary responsibility, as well as more specific principles regarding voting conflicts, compliance with open meeting laws, conflict of interest laws, etc. We regularly apprise the boards of trustees and administrators through newsletters, memoranda and updates on our website of changes in the law, both legislatively and judicially, which impact upon their duties. We also conduct training workshops to improve the trustees' skills in conducting disability and other benefit hearings. As a result of our regular participation and educational programs on a monthly basis, all of the materials prepared as speaker materials for those programs are distributed without additional charge to our clients. Our firm provides its clients, as part of the fees charged for legal and consulting services, an annual pension conference in South Florida. This national event draws internationally-known legal and financial experts and has been attended by more than 2500 trustees and administrators from throughout the United States. Only clients of the firm are permitted to attend.

## Plan Policies, Rules, and Procedures

It has been our experience that boards of trustees find themselves in costly and unnecessary litigation because of inconsistency in the administration of the fund. Accordingly, we have worked with our trustee clients in developing policies, rules, and procedures for the administration of the trust fund. The development of these rules ensures uniformity of plan practices and guarantees the due process rights of persons appearing before the board. They also serve to help organize and highlight those situations in which the legislation creating the fund may be in need of revision. By utilizing rule making powers, the board of trustees can help give definition and more practical application to sometimes vague legislative language.

## Legal Counseling

In the course of its duties, the board of trustees and administrators will be called upon from time to time to interpret various provisions of the ordinance or statute which governs its conduct. The plan will also be presented with various factual situations which do not lend themselves to easy interpretation. As a result, counsel to the plan is responsible for issuing legal opinions to assist the trustees and staff in performing their function in managing the trust. It is our practice to maintain an orderly system of the issuance of legal opinions so that they can form part of the overall body of law that guides the retirement plan. As changes in the law occur, it is our practice to update those legal opinions to ensure that the subjects which they cover are in conformance with the current state of the law.

## Summary Plan Descriptions

Many state laws require that pension plans provide their members with a plain language explanation of their benefits and rights under the plan. Given the complexity of most pension laws, it is also good

benefits administration practice. Part of the responsibilities of a fiduciary is to ensure that plan members understand their rights and the benefits which they have earned. We frequently draft plain language summary plan descriptions using a format which is easily updatable as plan provisions change. We are also advising plans on liability issues associated with electronic communication between funds and members as part of our continuing effort at efficient risk management.

## Litigation

Despite the best efforts and intentions of the trustees and staff, there will be times when the plan finds itself as either a plaintiff or defendant in a legal action. We have successfully defended retirement plans in claims for benefits, actions regarding under-funding, constitutional questions, discrimination in plan design, and failure of plan fiduciaries to fulfill their responsibilities to the trust. The firm has substantial state and federal court trial experience, including the successful defense of a state retirement system in the Supreme Court of the United States. The firm also has a substantial role in monitoring securities litigation and regularly argues complex appellate matters on both the state and federal levels. We pride ourselves on the vigorous representation of our clients while maintaining close watch on the substantial costs that are often associated with litigation. We are often called upon to provide support in a variety of cases brought by others as expert witnesses or through appearance as an *amicus curiae* (Friend of the Court).

## ROBERT D. KLAUSNER

Mr. Klausner is the principal in the law firm of Klausner, Kaufman, Jensen & Levinson. For 35 years, he has been engaged in the practice of law, specializing in the representation of public employee pension funds. The firm represents state and local retirement systems in more than 20 states. Mr. Klausner has assisted in the drafting of many state and local laws on public employee retirement throughout the United States. Mr. Klausner is a frequent speaker on pension education programs and has also published numerous articles on fiduciary obligations of public employee pension trustees. He is co-author of the book State and Local Government Employment Liability, published by Thomson-West Publishers and is the author of the first comprehensive book on the law of public employee retirement systems, State and Local Government Retirement Law: A Guide for Lawyers, Trustees, and Plan Administrators, published in April 2009 and an expanded version published in July 2011. Mr. Klausner graduated *Phi Beta Kappa* from the University of Florida with a Bachelor of Arts and from the University Florida College of Law with the degree of Juris Doctor. For more than 10 years, Mr. Klausner has been listed in the publication *The Best Lawyers in America* and holds an "AV pre-eminent" rating, the highest rating for competence and ethics, from Martindale Hubbell national lawyer rating service. In 2008, Mr. Klausner successfully represented the Commonwealth of Kentucky and the Kentucky Retirement Systems in the United States Supreme Court in *Kentucky Retirement Systems v. Equal Employment Opportunity Commission, 128 S. Ct. 2361 (2008).*

## STUART A. KAUFMAN

Stuart Kaufman is a partner in the law firm of Klausner, Kaufman, Jensen & Levinson. After graduation from the University of Miami School of Law in 1989, Mr. Kaufman returned to New York where he practiced in a small firm in New York City for three years as a general litigator. He returned to Florida in 1993 and joined the law firm as an associate specializing in different facets of labor and employment law, including the representation of public employee pension funds. In 1997, Mr. Kaufman was retained as General Counsel for the Professional Law Enforcement Association of Dade County, an employee organization dedicated to protecting the rights of law enforcement officers, where he served until January, 2001. Mr. Kaufman was also a sole practitioner at the time operating a general civil practice with an emphasis on employment related matters. Additionally, he volunteered and served as General Counsel for Cops for Kids, Inc., a charitable organization operated by police officers which benefits underprivileged children in South Florida. He has represented several hundred police officers throughout Dade and Broward Counties in all matters related to their employment, including disciplinary appeals, grievances, and at shooting scenes. Since rejoining the Law Firm of Klausner, Kaufman, Jensen & Levinson, in February, 2001, he has been solely dedicated to representing public employee pension funds. He is admitted to the New York Bar, the Florida Bar, and is also admitted to practice before the United States District Court, Southern District of Florida, and the United States Court of Appeals, Eleventh Circuit. Mr. Kaufman graduated from the State University of New York at Binghamton, receiving a Bachelor of Arts degree in political science. Mr. Kaufman received his Juris Doctorate from the University of Miami School of Law.

## BONNI S. JENSEN

**Bonni S. Jensen** is a partner with Klausner, Kaufman, Jensen & Levinson. Since 1990, Ms. Jensen has specialized in, and served as general counsel to, municipal pension funds. Bonni Jensen has had extensive experience in pension and employee benefits law and related local, state and federal law. She has been a speaker on topics which include DROP plans, fiduciary responsibility, 457 plans, the role of collective bargaining in pension issues, pension plan administration, meeting preparation, Sunshine Law and ethics and financial disclosure laws at the annual State of Florida Police and Firefighter Pension Conferences and Trustee Schools. She has also lectured at many seminars related to pension fund topics, such as controlling disability costs in the public sector; tax issues; pension obligation bonds; securities law; and Guns and Hoses conferences. She regularly participates in the State Division of Retirement conferences and schools for municipal police and firefighter pension funds. Ms. Jensen is admitted to the Florida Bar, and is also admitted to practice before the United States District Court, Southern District of Florida, the United States District Court of Appeals, Eleventh Circuit and the U.S. Supreme Court. Ms. Jensen graduated from Stetson University receiving a Bachelor of Arts degree in sociology. She received her Juris Doctorate from Nova University, where she graduated Magna Cum Laude and served as a senior staff member of the Nova Law Review. Ms. Jensen is listed as Top Pension Attorney in Pension Law by the South Florida Legal Guide, annually since 2005. She is also an associate member of the Florida Public Pension Trustees Association and a member of the National Association of Public Pension Attorneys.

## ADAM P. LEVINSON

Adam Levinson is a partner with the law firm of Klausner, Kaufman, Jensen & Levinson. Upon graduation from the University of Miami School of Law, Mr. Levinson clerked for Chief Judge Alan R. Schwartz at the State of Florida Third District Court of Appeal. After completing his judicial clerkship, Mr. Levinson worked as a commercial litigator in one of Florida's oldest and largest law firms. Since joining the law firm of Klausner, Kaufman, Jensen & Levinson, Mr. Levinson has specialized in the representation of public sector pension plans, with an emphasis on plan drafting, board counseling, and fiduciary responsibility in the area of pension investing. He is a member of the Florida and California Bars and is admitted to practice before the United States District Court, Southern and Middle Districts, and the United States Court of Appeals, Eleventh Circuit. Mr. Levinson graduated Magna Cum Laude from the University of Michigan receiving a Bachelor of Arts degree in history and political science. Mr. Levinson received his Juris Doctorate from the University of Miami School of Law, where he graduated Magna Cum Laude and served as an articles and comments editor for the University of Miami Law Review. Mr. Levinson is a frequent speaker at the Florida Public Pension Trustees Association.

## SHAUN H. MALVIN

Shaun Malvin is an associate with the law firm of Klausner & Kaufman, P.A. Mr. Malvin graduated Cum Laude from the University of Florida, receiving a Bachelor of Arts degree in political science, and graduated Cum Laude from the University of Florida Levin College of Law with a Juris Doctorate degree. While attending law school at the University of Florida Levin College of Law, Mr. Malvin volunteered with the Internal Revenue Service's Volunteer Income Tax Assistance program providing tax return preparation assistance to low-income clients and with Three Rivers Legal Services providing information to clients involved in landlord-tenant disputes. Additionally, he also counseled and represented clients in family law matters as a Certified Legal Intern as part of the Virgil Hawkins Civil Representation Clinic at the University of Florida. Mr. Malvin previously worked with Klausner & Kaufman as a law clerk during the summer of 2006. Upon graduating from law school, Mr. Malvin worked as an associate with a national law firm for two years in the firm's litigation department where he gained significant experience representing corporate clients, financial institutions, and individuals in a variety of practice areas. At Klausner & Kaufman, his practice is now solely dedicated to representing public employee pension funds and related entities. He is a member of the Florida Bar and is admitted to practice before all Florida state courts, the United States District Court for the Southern District of Florida, and the United States District Court for the Middle District of Florida.