# EXHIBIT 4

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BOARD OF TRUSTEES OF THE CITY OF
LAKE WORTH EMPLOYEES' RETIREMENT
SYSTEM, et. al.,

        Plaintiffs,

v.

MERRILL LYNCH, PIERCE, FENNER &
SMITH, INCORPORATED,

Case No. 3:10-cv-845-J-32MCR

        Defendant.

## DECLARATION OF IVELISSE BERIO LEBEAU IN SUPPORT OF PLAINTIFFS' COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES FILED ON BEHALF OF SUGARMAN & SUSSKIND, P.A.

IVELISSE BERIO LEBEAU, declares as follows:

1. I am an attorney at the law firm of Sugarman & Susskind, P.A. I submit this declaration in support of my firm's application for an award of attorneys' fees in connection with services rendered in the above-captioned action (the "Action"), as well as for reimbursement of expenses incurred by my firm in connection with the Action.

2. My firm, which served as co-Lead Counsel for Plaintiffs in the Action, was involved in all aspects of the litigation and settlement of the Action, as set forth in the Joint Declaration submitted by Plaintiffs' Counsel in support of Plaintiffs' motion for final approval of the Settlement and Plaintiffs' Counsel's motion for an award of attorneys' fees and reimbursement of expenses.

3. The schedule attached hereto as Exhibit 1 is a summary of the amount of time spent by each attorney of my firm who was involved in litigating this Action, and the resulting lodestar calculation based on my firm's current billing rates. The schedule was prepared from

contemporaneous daily time records regularly prepared and maintained by my firm, which are available at the request of the Court. Time expended in preparing this application for fees and reimbursement of expenses has not been included in this request.

4. The hourly rates for the attorneys in my firm that are included in Exhibit 1 are the same as the regular current rates charged for their services in non-contingent matters and/or which have been accepted in other class action litigation.

5. The total number of hours expended on this Action by my firm, from the preliminary investigation and evaluation of the case through the date of this declaration, is 758.50.[1] The total lodestar for my firm is $346,525.00 for attorneys' time.

6. My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

7. As detailed in the schedule attached hereto as Exhibit 2, my firm has incurred a total of $2,141.73 in unreimbursed expenses in connection with the prosecution of this Action from its inception through the date of this declaration.

8. The expenses incurred in this Action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and are an accurate record of the expenses incurred.

9. With respect to the standing of my firm, attached hereto as Exhibit 3 is a brief biography of my firm and attorneys in my firm who were principally involved in this Action.

---

[1] My firm also expended additional hours in connection with the development of facts and analysis of legal issues that led to the filing of this Action; those additional hours are not reported here.

2

I declare, under penalty of perjury, that the foregoing facts are true and correct. Executed on June 14, 2012.

_____
IVELISSE BERIO LEBEAU

# EXHIBIT 1

*Board of Trustees of the City of Lake Worth Employees' Retirement System, et al.,*
*v. Merrill Lynch, Pierce, Fenner & Smith, Incorporated*
Case No. 3:10-cv-845-J-32MCR

## SUGARMAN & SUSSKIND, P.A.

### TIME REPORT

**Inception through June 14, 2012**

| NAME | HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|
| **Attorneys:** | | | |
| | | | |
| Ivelisse Berio LeBeau | 710.00 | $450.00 | $319,500.00 |
| Robert A. Sugarman | 30.50 | 650.00 | 19,825.00 |
| Kenneth R. Harrison, Sr. | 18.00 | 400.00 | 7,200.00 |
| | | | |
| **TOTALS** | **758.50** | | **$346,525.00** |

# EXHIBIT 2

*Board of Trustees of the City of Lake Worth Employees' Retirement System, et al.,*
*v. Merrill Lynch, Pierce, Fenner & Smith, Incorporated*
Case No. 3:10-cv-845-J-32MCR

**SUGARMAN & SUSSKIND, P.A.**

**EXPENSE REPORT**

**Inception through June 14, 2012**

| CATEGORY | AMOUNT |
|---|---|
| Document Management/Litigation Support | $804.70 |
| Postage & Express Mail | $347.21 |
| Outside Copying | $575.23 |
| Out of Town Travel | $414.59 |
| | |
| **TOTAL EXPENSES:** | **$2,141.73** |

# EXHIBIT 3

## SUGARMAN & SUSSKIND
PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

Robert A. Sugarman
Howard S. Susskind
Kenneth R. Harrison, Sr.
Noah Scott Warman
D. Marcus Braswell, Jr.
Pedro A. Herrera
Ivelisse Berio LeBeau

100 Miracle Mile
Suite 300
Coral Gables, Florida 33134
(305) 529-2801
Broward 327-2878
Toll Free 1-800-329-2122
Facsimile (305) 447-8115

Sugarman and Susskind is a Florida based law firm dedicated to protecting working people, their wages and working conditions, their pensions, and their health care benefits. Our committed attorneys have expertise in the complementary areas of union-side labor law, employee benefit law and employment law, allowing us to provide tailored legal services to unions, their members, employee benefit plan trustees, and individual employees. We provide both compliance and litigation services, representing benefit plan trustees and individuals in fiduciary breach and benefit litigation relating to private and public employee benefit plans.

## *Representative Clients and Services:*

**Labor Unions:** We provide comprehensive representation for labor unions, addressing the full spectrum of their unique legal concerns. Among our clients are locals affiliated with the Teamsters, Firefighters, Carpenters, UNITE HERE, OPEIU, UA and IBEW, who rely on us for their legal needs such as organizing, picketing and demonstrations, as well as contract review, arbitrations, and litigation.

**Employee Benefit Plan Trustees:** We provide a broad range of services for the trustees of multiemployer and municipal employee pension and health benefit plans. Our clients include benefit plans for locals affiliated with the Teamsters, IBEW, and UA, as well as the boards of more than 65 municipal employee benefit plans throughout Florida. We also represent trustees in litigation brought on behalf of plans, including contract actions and actions claiming breaches of fiduciary duty by service providers.

**Individual Employees:** We represent employees in wage and hour litigation to recover regular and overtime wages; plan participants seeking promised benefits under employee benefit plans sponsored by single employers; and participants seeking recovery on behalf of such plans for breaches of fiduciary duty.

## *Specialized Services:*

Sugarman and Susskind can provide unique services drawing on our collective experience in labor law and employee benefits law such as:

**VEBAs:** Formation of independent VEBA trusts to fund and provide health benefits to employees and retirees.

**Fiduciary Education:** Consultation services for plan trustees with respect to particular inquiries or to assist in overall compliance.

**Fiduciary Audits:** Independent review of practices and procedures relating to compliance with ERISA fiduciary duties, DOL requirements and best practices.

**DOL Investigations:** Assistance in responding to investigations initiated by the DOL.

**ERISA Service Providers:** Assistance in reviewing and negotiating contracts with service providers to health and pension benefit plans, including pharmacy benefit managers, insurance companies, PPOs

and investment consultants. Litigation on behalf of the trustees of employee benefit plans against service providers.

**401(k) and Defined Contribution Plans:** Review and evaluation of members' losses under 401(k) and defined contribution pension benefit plans.

**Union Election-Related Litigation:** Assistance in complying with the laws regulating union officers' elections and in defending local unions in election-related litigation.

**Picketing and Demonstrations:** Skilled representation in planning and defending our clients' picketing and demonstrations in court and before the NLRB.

## *Attorneys:*

Sugarman and Susskind attorneys are licensed in Florida, Massachusetts and Illinois. We can also serve clients nationally through our network of co-counsel in other states.

| | |
|---|---|
| *Robert Sugarman:* | Founding Partner, Board Certified Labor and Employment Lawyer, and Fellow of the College of Labor and Employment Attorneys. In addition to his union work Bob represents many municipal employee benefit plan boards of trustees. |
| *Howard Susskind:* | Founding Partner and Fellow of the College of Labor and Employment Attorneys. Howard represents the boards of trustees of many jointly administered multiemployer benefit funds in addition to providing services to unions. |
| *Ken Harrison* | Former Assistant Chief of the City of Miami Police Department and Former Captain in the Coast Guard Reserve. Ken was a union official and a trustee of a municipal employee benefit plan before becoming a lawyer representing such trustees. Experienced in internal affairs investigations, veterans' rights and negotiating severance agreements. |
| *Ivelisse Berio LeBeau* | Former Attorney for the U.S. Department of Labor specializing in Fiduciary Enforcement under ERISA. Ivelisse brings a unique perspective to her practice focusing on ERISA fiduciary compliance and litigation, including issues relating to ERISA plan service providers. |
| *Noah Warman* | Graduate of the University of Chicago and the University of Virginia Law School. Noah is a dedicated union and individual employee rights attorney who has practiced for more than 14 years in Florida and Illinois representing unions and employees. |
| *Marcus Braswell* | Graduate of Duke University and cum laude graduate of the Florida State University College of Law. Marcus has extensive litigation experience representing multiemployer and municipal benefit plans in collection actions, as well as representing union officials in federal district court. |
| *Pedro Herrera* | Summa cum laude graduate of the University of Miami, cum laude graduate of the University of Pennsylvania Law School, and Recipient of a Certificate in Business and Public Policy from the Wharton School of Business. Pedro's practice focuses on employee benefits law. |

*Sugarman & Susskind provides experienced and dedicated legal representation in employee benefits, labor, and wage and hour law matters throughout the state of Florida and beyond. Additional information is available on our website, www.sugarmansusskind.com, including biographical backgrounds of our attorneys.*

**Ivelisse Berio LeBeau, Esq**.

Ms. Berio LeBeau joined Sugarman & Susskind, a labor law firm in Coral Gables, Florida, in 2007. Her practice focuses on employee benefits law under the federal Employee Retirement Income Security Act ("ERISA"), with an emphasis on litigation and compliance matters relating to the fiduciary responsibilities imposed by ERISA. Ms. Berio LeBeau counsels the boards of trustees of jointly administered multiemployer pension and welfare benefit funds, represents multiemployer plan trustees in litigation, and represents employees in employment law matters, including participants in ERISA benefit plans.

Ivelisse previously served as a Trial Attorney in the Solicitor's Office of the U.S. Department of Labor in Boston for 13 years. At the Department of Labor she represented the Employee Benefits Security Administration ("EBSA") in lawsuits brought under ERISA alleging that fiduciaries to employee pension and welfare benefit plans breached fiduciary duties imposed by ERISA or were engaged in transactions prohibited under ERISA, including actions against fiduciaries who had made imprudent investment decisions and against service providers who generated and retained undisclosed revenue. Ivelisse also provided legal support and assistance during EBSA investigations and created training materials for EBSA investigators to use in drafting subpoenas and preparing cases for litigation.

Ms. Berio LeBeau is active in the Employee Benefits Committee of the American Bar Association's Labor and Employment Law Section. She is currently a Co-Chair of the Board of Senior Editors working on the Third Edition of *Employee Benefits Law* (BNA Books) with an anticipated publication date in 2012. Ivelisse had previously served as a Senior Editor, Rewrite Editor, Chapter Editor and Contributing Author on the 2004 – 2010 annual Supplements to *Employee Benefits Law 2nd Ed.* (BNA Books). From 2004 to 2006 she was a Government Fellow to the Employee Benefits Committee. Ivelisse is also a frequent speaker on employee benefits law topics.

Prior to joining the Department of Labor Ms. Berio LeBeau was a litigation associate at the Boston, Massachusetts law firm Brown, Rudnick, Freed and Gesmer, and served as a law clerk to the late Honorable Joseph P. Warner, former Chief Justice of the Massachusetts Appeals Court. She is a graduate of Mount Holyoke College and a *cum laude* graduate of Boston College Law School. Ivelisse is bilingual and bicultural, crediting her fluency in Spanish to her Puerto Rican roots.

**Robert A. Sugarman, Esq.**

Mr. Sugarman is a partner in the law firm of Sugarman & Susskind, P.A., and a Florida board-certified labor and employment lawyer. He has provided legal services to multiemployer and public sector plans for over 30 years. Mr. Sugarman's firm currently represents over 15 multiemployer and 60 municipal pension plans. He is a former adjunct professor, Florida International University, and serves as an instructor for the Certified Employee Benefit Specialist® program and the Certificate of Achievement in Public Plan Policy (CAPPPTM). In addition, Mr. Sugarman is a member of the International Foundation of Employee Benefit Plans and the National Association of Public Pension Attorneys; has served as an executive board member of the Florida Bar Labor Law Section; served as a member of the board of directors of the AFL-CIO Lawyers Coordinating Committee; and is a fellow of the College of Labor and Employment Lawyers. He has been continuously listed in The Best Lawyers in America since 1989. Mr. Sugarman has spoken before many organizations including the Government Finance Officers Association, the State of Florida Division of Retirement, the American Society of Actuaries, the Florida Public Pension Trustees' Association and the National Association of Police Organizations on legal issues relating to employee benefits. He received his B.A. degree from George Washington University and holds a J.D. degree from the University of Virginia Law School.

# Kenneth R. Harrison, Sr., Esq.

Mr. Harrison is a partner with the law firm of Sugarman & Susskind P.A., in Coral Gables, Florida, practicing in the area of employment and labor law focusing on union side issues that include employee benefits and pension law. He is a University of Miami School of Law graduate and also holds a Masters of Science Degree in Management from Biscayne College (St. Thomas University) and a Bachelor of Business Degree accounting major from the University of Miami. Ken was recognized as the outstanding senior of his law school graduating class.

Ken entered law school after completing a 26-year law enforcement career, retiring from the City of Miami (Florida) Police Department as Assistant Chief. For 16 years during his career in law enforcement he served as a trustee for Miami's Police and Fire Pension Funds. Ken is a founding member of the Florida Pension Trustees Association (FPPTA), currently serving as Director Emeritus and is a Certified Public Pension Trustee. Additionally, for 10 of his years in law enforcement, he was active in police labor organizations at the local, state and national levels.

Ken is active in the Miami Law community having served on the School of Law Alumni Association, the Coral Gables Bar Association and the Dade County Bar Association in various positions and on numerous Committees. He is a frequent speaker at pension and labor conferences, presenting at the AFL-CIO Labor Lawyers Conference, the State of Florida Department of Retirement seminars and the FPPTA schools and conferences.