**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BOARD OF TRUSTEES OF THE CITY OF
LAKE WORTH EMPLOYEES' RETIREMENT
SYSTEM, et al.,

        Plaintiffs,

vs.                                              Case No. 3:10-cv-845-J-32MCR

MERRILL LYNCH, PIERCE, FENNER &
SMITH, INCORPORATED,

        Defendant.

## ORDER

This case is before the Court regarding the settlement hearing scheduled for July 27, 2012. The Order Preliminarily Approving Proposed Settlement reserved to the Court the right to "adjourn the Settlement Hearing . . . without further notice to the Class." (Docs. 103 at 4, 103-1 at 19, 20). Due to scheduling difficulties, the settlement hearing is hereby **RE-SET** for **July 30, 2012 at 10:00 a.m.** before the undersigned in the United States Courthouse, Courtroom 10D, 300 North Hogan Street, Jacksonville, Florida.[1] Plaintiffs' counsel should send a copy of this Order to any party which has heretofore expressed interest in attending the hearing or which does so in the future.

---

[1] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices are not usually allowed in the building, counsel will be permitted to bring those items with them for purposes of this hearing upon presentation of a copy of this Notice to Court Security Officers. Counsel may also store such items in the first floor lockers provided by the Federal Bar Association. Locker access is available upon presentation to Court Security Officers of a Florida Bar card or Order of special admission pro hac vice.

**DONE AND ORDERED** at Jacksonville, Florida this 11th day of July, 2012.

_____
TIMOTHY J. CORRIGAN
United States District Judge

jk.
Copies:

counsel of record