**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BOARD OF TRUSTEES OF THE CITY OF
LAKE WORTH EMPLOYEES' RETIREMENT
SYSTEM, et al.,

    Plaintiffs,

vs.               Case No. 3:10-cv-845-J-32MCR

MERRILL LYNCH, PIERCE, FENNER &
SMITH, INCORPORATED,

    Defendant.

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| Adam Levinson | David Coulson |
| Robert Klausner | |
| William Fredericks | |
| Ivelisse Berio LeBeau | |

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jennifer Kifer    Court Reporter: Shannon Bishop

**CLERK'S MINUTES**

**PROCEEDINGS OF SETTLEMENT HEARING**

Order to Enter.

DATE:  July 30, 2012           TIMES: 10:02 a.m. - 10:24 a.m.