**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BOARD OF TRUSTEES OF THE CITY OF
LAKE WORTH EMPLOYEES' RETIREMENT
SYSTEM, et al.,

        Plaintiffs,

vs.                                               Case No. 3:10-cv-845-J-32MCR

MERRILL LYNCH, PIERCE, FENNER &
SMITH, INCORPORATED,

        Defendant.

## NOTICE OF TELEPHONIC HEARING

**TAKE NOTICE** that this case is hereby **SET** for a **TELEPHONIC HEARING** on Plaintiffs' Unopposed Motion for Class Distribution Order (Doc. 117) before the Honorable Timothy J. Corrigan, United States District Judge, on **Friday, January 25, 2013** at **2:30 p.m.** Counsel for Plaintiffs shall initiate the telephonic hearing by calling counsel for defendant and then calling the Court's polycom telephone line, (904) 549-1949.[1]

**DATED** this 17th day of January, 2013.

                                                TIMOTHY J. CORRIGAN
                                                United States District Judge
                                          By: /s/ Jennifer L. Kifer
                                                Deputy Clerk/Law Clerk
                                                (904) 549-1302

copies to: counsel of record

---

[1] The quality of the audioconnection is compromised by the use of cell phones and speaker phones and the parties are therefore requested not to use those devices during the hearing.