**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

---

**BOARD OF TRUSTEES OF THE CITY OF**
**LAKE WORTH EMPLOYEES' RETIREMENT**
**SYSTEM, et al.,**

                **Plaintiffs,**

vs.                                                                   Case No. 3:10-cv-845-J-32MCR

**MERRILL LYNCH, PIERCE, FENNER &**
**SMITH, INCORPORATED,**

                **Defendant.**

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| Adam Levinson | David Coulson |
| William Fredericks | |
| Ivelisse Berio LeBeau | |
| John Mills | |

---

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jennifer Kifer          Court Reporter: Shannon Bishop

---

### CLERK'S MINUTES

**PROCEEDINGS OF MOTION HEARING**

The Court heard argument on Plaintiffs' Unopposed Motion for Class Distribution Order (Doc. 117).

Order to Enter.

DATE:       January 25, 2013                              TIMES: 2:39 p.m. - 2:48 p.m.