**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BOARD OF TRUSTEES OF THE CITY OF
LAKE WORTH EMPLOYEES' RETIREMENT
SYSTEM, et. al.,

        Plaintiffs,

vs.

MERRILL LYNCH, PIERCE, FENNER &
SMITH, INCORPORATED,

        Defendant.

Case No. 3:10-cv-845-J-32MCR

**NOTICE OF FILING**

        Notice is hereby given of the filing of the attached Revised Exhibit A to the Declaration of Justin R. Hughes in Support of Motion for Class Distribution Order (Dkt. No. 117-1) as directed by the Court during the telephone conference of Friday, January 25, 2013.

January 29, 2013

        By: */s/ Robert D. Klausner*
        Robert D. Klausner (Fla. Bar No. 244082)
        Adam P. Levinson (Fla. Bar No. 055344)
        **KLAUSNER, KAUFMAN, JENSEN**
        **& LEVINSON, P.A.**
        10059 N.W. 1st Court
        Plantation, Florida 33324
        Telephone: (954) 916-1202
        Facsimile: (954) 916-1232
        Bob@robertdklausner.com
        Adam@robertklausner.com

William C. Fredericks (admitted *pro hac vice*)
**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
wfredericks@blbglaw.com

Robert Sugarman (Fla. Bar No. 149388)
Ivelisse Berio LeBeau (Fla. Bar No. 907693)
**SUGARMAN & SUSSKIND, P.A.**
100 Miracle Mile, Suite 300
Coral Gables, Florida 33134
Telephone: (305) 592-2801
Facsimile: (305) 447-8115
Sugarman@sugarmansusskind.com
Ivelisse@sugarmansusskind.com

*Co-Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of January, 2013, I electronically filed the foregoing NOTICE OF FILING with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List, either via transmission of Notices of Electronic Filing Generated by the CM/ECF system or in some other authorized manner for those counsel who are authorized to receive electronically Notices of Electronic Filing.

By: _/s/ Robert D. Klausner_
Robert D. Klausner

**SERVICE LIST**

David A. Coulson
(Fla. Bar No. 176222)
D. Porpoise Evans
(Fla. Bar No. 576883)
**GREENBERG TRAURIG, LLP**
Suite 4400
333 SE 2nd Ave
Miami, FL 33131
Telephone:  (305) 579-0500
Facsimile:  (305) 579-0717
CoulsonD@gtlaw.com
EvansP@gtlaw.com

William C. Fredericks
(admitted *pro hac vice*)
**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
1285 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 554-1400
Facsimile:  (212) 554-1444
wfredericks@blbglaw.com

Terry R. Weiss
(Fla. Bar No. 057906)
**GREENBERG TRAURIG, LLP**
3290 Northside Parkway NW, Suite 400
Atlanta, Georgia  30327
Telephone:  (678) 553-7328
Facsimile:  (678) 553-7329
WeissTR@gtlaw.com

Robert Sugarman
(Fla. Bar No. 149388)
Ivelisse Berio LeBeau
(Fla. Bar No. 907693)
**SUGARMAN & SUSSKIND, P.A.**
100 Miracle Mile, Suite 300
Coral Gables, Florida 33134
Telephone:  (305) 592-2801
Facsimile:  (305) 447-8115
Sugarman@sugarmansusskind.com
Ivelisse@sugarmansusskind.com